B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The James Tyll Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Press, Type & Copy** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3677216** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**541 North Fairbanks Court<br>Lower Lobby<br>Chicago, IL**      ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4105 Oak Grove Drive<br>Valparaiso, IN**      ZIP Code **46383-2059** | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The James Tyll Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **The James Tyll Company** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David C. Nelson**
Signature of Attorney for Debtor(s)

**David C. Nelson 6276706**
Printed Name of Attorney for Debtor(s)

**Law Offices of David C. Nelson, Ltd.**
Firm Name

**Twenty East Jackson Boulevard**
**Suite 600**
**Chicago, IL 60604-2252**

Address

**Email: dcnelson@nelsonlawoffice.com**
**312-212-1977  Fax: 773-890-7960**
Telephone Number

**August 31, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Tyll**
Signature of Authorized Individual

**James Tyll**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 31, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The James Tyll Company**                                ,    Case No. _____

                                    Debtor

                                         Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 94,432.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 183,412.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| | Total Assets | | 94,432.00 | | |
| | | Total Liabilities | | 183,412.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The James Tyll Company**                                            ,        Case No. _____

                                                    Debtor

                                                              Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re **The James Tyll Company**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **The James Tyll Company**                                        ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **$100 in register** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account 7037368** | - | 7,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                     7,100.00
(Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **The James Tyll Company** ,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **aged over 30** | **-** | 4,700.00 |
| | | **aged over 90** | **-** | 7,132.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **11,832.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **The James Tyll Company**                                      Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **customer list** | - | **1,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 Macs, 1 PC, standard office furniture, 2 computers, account,** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See List: old presses** | - | **34,500.00** |
| 30. Inventory. | | **inventory** | - | **30,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **75,500.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **94,432.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **The James Tyll Company**                                              ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re  **The James Tyll Company**                                              Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **The James Tyll Company**                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **424 West 31st Street 101 Commerce Street Oshkosh, WI 54901** | | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | | |
| **ABC Financial P.O. Box 6800 North Little Rock, AR 72124** | | | | | | | | | 0.00 |
| **Account No.** | | | | | brokered sales | | | | |
| **Ability Business Forms PO Box 781209 Orlando, FL 32878-1209** | | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | | |
| **Accounting Solutions 3035 W Montrose Chicago, IL 60618** | | - | | | | | | | 0.00 |

__42__  continuation sheets attached

Subtotal
(Total of this page)                                                            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:37246-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Accutabs, Inc.** **One PPG Place** **Pittsburgh, PA 15272** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Ad-lib Adversiting** **109 White Oak Lane** **Suite 72-A** **Old Bridge, NJ 08857-1981** | - | | | | | | | 113.38 |
| Account No. | | | | | | | | |
| **Advantage Printing** **2717 N. Perry Street** **Spokane, WA 99207** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Allegra Print & Imaging** **1283 Industrial Drive** **Saline, MI 48176** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Allied Interstate** **3000 Corporate Exchange Drive** **Fifth Floor** **Columbus, OH 43231** | - | | | | | | | 0.00 |

Sheet no. __1__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          113.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allied Print & Copy** <br> **5546 N. Broadway** <br> **Chicago, IL 60640** | | - | | | | | | **0.00** |
| Account No. <br><br> **Alphagraphics** <br> **645 N. Michigan Avenue** <br> **Chicago, IL 60611** | | - | | | | | | **0.00** |
| Account No. <br><br> **Amercian Color Express** <br> **3146 West Montrose** <br> **Chicago, IL 60618** | | - | | | | | | **0.00** |
| Account No. <br><br> **America's Office Products** <br> **52 West 52nd Street** <br> **New York, NY 10019** | | - | | | | | | **0.00** |
| Account No. **xxxx-xxxxxx-x1005** <br><br> **American Express** <br> **PO Box 360002** <br> **Fort Lauderdale, FL 33336-0002** | | - | | **August 24, 2009** <br> **Credit Card** | | | | **8,042.00** |

Sheet no. __2__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,042.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The James Tyll Company**                                   ,      Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| American Family Mutual Insurance Yolawnda Edge Agency 223 West Erie Street; Ste. 6 S.E. Chicago, IL 60610-3620 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Ameritech Accounts Receivable/Bill PaymentCtr Chicago, IL 60660-0001 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Ameritech Advertising Services Credit & Collections Unit 200 E. Randolph Street; 68th Floor Chicago, IL 60601 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Apex Imaging Equip Co 4008 S Central Ave Suite 5001 Chicago, IL 60638-1500 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Apple Store 679 North Michigan Avenue Chicago, IL 60611 | | - | | | | | 0.00 |

Sheet no. __3__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Aramark Services Accounts Receivable 2334 South Michigan Avenue Chicago, IL 60616 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Arrow Graphics 1902 Campus Place Suite 4 Louisville, KY 40299 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Atlantic Southeast Airlines A-Tech Center 990 Toffie Terrace Atlanta, GA 30354-1363 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Award Graphics 208 South Jefferson Street Chicago, IL 60661 | - | | | | | | 0.00 |

Sheet no. __4___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                          ,   Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **B C T** 701 N Raddant Road Batavia, IL 60510 | | - | | | | | | 597.50 |
| Account No. **Bank of America** P.O. Box 1390 Norfolk, VA 23501 | | - | | | | | | 0.00 |
| Account No. **Bank of America** P.O. Box 53132 Phoenix, AZ 85072-3132 | | - | | | | | | 0.00 |
| Account No. **Bank of America Leasing Lease Administration Center** PO Box 371992 Pittsburgh, PA 15250-7992 | | - | | KIP 3000 Engineering; ending 2/2010; copier; $424/mo | | | | 0.00 |
| Account No. **Better Containers** 530 Hyde Park Ave Hillside, IL 60162-1856 | | - | | | | | | 0.00 |

Sheet no. __5___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

597.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Blanks/USA** **8625 Xylon Court North** **Minneapolis, MN 55445** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Boston Medical Corp** **8221 Snowden River Parkway** **Columbia, MD 21045** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Burhop Box & Packaging** **1071 West Division Street** **Chicago, IL 60622** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Business Express** **6141 W Touhy** **Chicago, IL 60646** | - | | | | | | | **0.00** |
| Account No. | | | | lease payment | | | | |
| **Canon Business Solutions** **15004 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | **3,693.30** |

Sheet no. __6__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,693.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                          ,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | ending 9/2010 36/mo lease,  at $2416/mo | | | | |
| **Canon Financial Services 14904 Collections Cetner Drive Chicago, IL 60693** | | - | | | **2 color copiers (C1/4000) includes buyout equipment** | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Cardmember Service PO Box 94014 Palatine, IL 60094-4014** | | - | | | | | | | 0.00 |
| Account No. | | | | | brokered sales | | | | |
| **Carlson Craft PO Box 8700 Mankato, MN 56002-8700** | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Charrette LLC Pitman Company PO  Box 402779 Atlanta, GA 30384-2779** | | - | | | | | | | 0.00 |
| Account No. | | | | | credit card | | | | |
| **Chase Bank Cardmember Services PO Box 60094-4014** | | - | | | | | | | 92,235.00 |

Sheet no. _**7**___ of _**42**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **92,235.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Bank One credit line | | | | |
| **Chase Bank** **PO Box 9001022** **Louisville, KY 40290-1022** | - | | | | | | **0.00** |
| Account No. | | | credit card (Mailyn Tyll personal) | | | | |
| **Chase Bank USA, N.A.** **131 S. Dearborn St** **Floor 5** **Chicago, IL 60603** | - | | | | | | **8,540.00** |
| Account No. | | | | | | | |
| **Chicago City Clerk** **121 N La Salle** **St # 107A** **Chicago, IL 60602-1232** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Chicago Department of Revenue** **121 North LaSalle Street** **Room 107** **Chicago, IL 60602** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Cingular Wireless** **PO Box 6428** **Carol Stream, IL 60197-6428** | - | | | | | | **0.00** |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **8,540.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                                      ,     Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Cingular Wireless Telephone** **PO Box 6428** **Carol Stream, IL 60197-6428** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Citicorp Vendor Finance, Inc** **One Ineternational Blvd** **Mahwah, NJ 07495-0631** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **City of Chicago Dept of Revenue** **22149 Network Place** **Chicago, IL 60673-1221** | - | | | | | | | 0.00 |
| Account No. | | | | **fax supply** | | | | |
| **Coastal Business Supplies** **680M Crown Industrial Court** **Chesterfield, MO 63005** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Color Express of Chicago** **750 South Plaza Drive** **Suite 122** **Saint Paul, MN 55120** | - | | | | | | | 0.00 |

Sheet no. __9__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,     Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Colorsigns Inc 1045 Lake Cook Road Wheeling, IL 60090 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Columbia Insurance Group PO Box 6032 Columbia, MO 65205 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Comcast PO Box 173885 Denver, CO 80217-3885 | | - | | | | | | 0.00 |
| Account No. | | | | utilities | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Company Compendia, Inc 18 S Michigan Ave Chicago, IL 60606-3200 | | - | | | | | | 0.00 |

Sheet no. __10__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                        ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Complete Lighting & Supply** **1900 W Hubbard St** **Chicago, IL 60622** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Copresco** **262 Commonwealth Dr** **Carol Stream, IL 60188-2449** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Covad Communications** **Customer Care, Dept 33408** **PO Box 39000** **San Francisco, CA 94139-3408** | - | | | | | | 0.00 |
| Account No. | | | is this correct ? | | | | |
| **Credit Collection Services** **3 E Montgomery Crossroads** **Savannah, GA 31406** | - | | | | | | 0.00 |
| Account No. | | | brokered sales | | | | |
| **Custom Copy Service** **PO Box 389** **Addison, IL 60101** | - | | | | | | 0.00 |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| D and R Press 329 W 18th Street Suite 406 Chicago, IL 60616-1190 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Dental Concern Ltd PO Box 0897 Hanover Park, IL 60133-0897 | - | | | | | | | 0.00 |
| Account No. | | | | yellow pages advertising | | | | |
| Dex 8519 Innovation Way Chicago, IL 60682-0085 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Digital Hub 1040 N Halsted Chicago, IL 60622 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Discount Labels Accounts Receivable PO Box 644276 Pittsburgh, PA 15264-4276 | - | | | | | | | 174.04 |

Sheet no. __12__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

174.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The James Tyll Company** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0049** <br><br> **Discover Fin** <br> **Pob 15316** <br> **Wilmington, DE 19850** | X | - | | **1/1/2009** <br> **credit card  w/o possible personal guaranty** | | | | 10,096.00 |
| Account No. <br><br> **E. C. Schultz & Co.** <br> **333 Crossen Ave** <br> **Elk Grove Village, IL 60007-2050** | | - | | | | | | 0.00 |
| Account No. <br><br> **Eagle Printing** <br> **2894 N Milwaukee Ave** <br> **Chicago, IL 60618-7492** | | - | | | | | | 0.00 |
| Account No. <br><br> **Encore Studios** <br> **17 Industrial West** <br> **Clifton, NJ 07012** | | - | | **is the mailing address correct ?** | | | | 0.00 |
| Account No. <br><br> **Equitable Financial Equivest** <br> **Unit Equity Collections** <br> **PO Box 13463** <br> **Newark, NJ 07188-0463** | | - | | | | | | 0.00 |

Sheet no. __**13**__ of __**42**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,096.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                              ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FastSigns 213 E Ohio Street Chicago, IL 60611 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Fed Ex 3610 Hacks Crossing Road Memphis Memphis, TN 38125 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| FIA Card Services NA P.O. Box 15719 Wilmington, DE 19886-5719 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45263 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Flexible Benefit Service Corp 1111 E Touhy Avenue Suite 285 Des Plaines, IL 60018 | - | | | | | | | 0.00 |

Sheet no. __14__ of __42__ sheets attached to Schedule of        Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Folder Express** 11616 I Sreet Omaha, NE 68137 | - | | | | | | 0.00 |
| Account No. **Freightquote.com** 16025 West 113th St Lenexa, KS 66219 | - | | | | | | 0.00 |
| Account No. **G & K Services** 8201 S. Cork Aveune Justice, IL 60458 | - | | | | | | 0.00 |
| Account No. **George Lauterer Corp** 619 S La Salle St # 7 Chicago, IL 60605-1720 | - | | | | | | 0.00 |
| Account No. **Golub/WDC 541 N Fairbanks LLC** 625 N Michigan Ave Suite 2000 Chicago, IL 60611 | - | | contract exprires April 2011 rent $5,900/mo | | | | 55,610.14 |

Sheet no. __15__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,610.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | pritner supplies | | | | |
| Grafsolve Co PO Box 1185 Northbrook, IL 60065 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Grange Mutual Casuality Company PO Box 182479 Columbus, OH 43218-2479 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Grant Signs 814 South Western Avenue Chicago, IL 60612 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Graphic Enterprises Inc Dept 33141 PO Box 39000 San Francisco, CA 94139-3141 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Guardsman Laminating Co 884 S County Line Road Bensenville, IL 60106 | - | | | | | | | 83.40 |

Sheet no. __16__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| HD Design & Printing 2950 W  Carrol Street Chicago, IL 60616 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hodgins Engravings 1 Evans Road Batavia, NY | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hosting.com PO Box 70309 Louisville, KY 40270-0309 | - | | | | | | | 0.00 |
| Account No. | | | | health insurance | | | | |
| Humana Insurance Dental Concern Ltd PO Box 0897 Carol Stream, IL 60132-0897 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ice Mountain Spring Water Co. PO Box 52214 Phoenix, AZ 85072-2214 | - | | | | | | | 0.00 |

Sheet no. __17__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                                    ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ICS Capital**<br>**PO Box 650016**<br>**Dallas, TX 75265-0016** | - | | | | | | 0.00 |
| Account No. <br><br>**Ikon Office Solutions**<br>**Central District**<br>**PO Box 802566**<br>**Chicago, IL 60680-2566** | - | | | | | | 0.00 |
| Account No. <br><br>**Illinois Department of Revenue**<br>**Springfield, IL 62726** | - | | | | | | 0.00 |
| Account No. <br><br>**Illinois Secretary of State**<br>**2701 S. Dirksen Pkwy**<br>**Springfield, IL 62723** | - | | | | | | 0.00 |
| Account No. <br><br>**Imagine That**<br>**4575 Weaver Parkway**<br>**Suite 500**<br>**Warrenville, IL 60555-4057** | - | | **is this correct?**<br><br>**http://www.imaginethat.com/** | | | | 0.00 |

Sheet no. __18__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Instant Collating Service Inc** **2443 W. 16th Street** **Chicago, IL 60608** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | is this mailing address correct? | | | | |
| **Intuit** **Corporate Headquarters** **2632 Marine Way** **Mountain View, CA 94043** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Jackson Marketing Products** **9105 N Rainbow Lane** **Mount Vernon, IL 62864** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | this the correct creditor? http://www.jamusa.com/ | | | | |
| **Jam Productions** **207 West Goethe Street** **Chicago, IL 60610-1896** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Jorson & Carlson** **1291 Brumel** **PO Box 796** **Elk Grove Village, IL 60007** | - | | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __**19**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | http://jwtec.com/ | | | | |
| **JWT Specialized Communications 222 Merchandise Mart Plaza Ste 250 Chicago, IL 60654** | - | | | | | | | | 0.00 |
| Account No. | | | | | maintenance/repair | | | | |
| **K-Jas Services 17408 S Holmes Street Hazel Crest, IL 60429** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **L. Larose Advertising 1630 South Michigan Avenue Chicago, IL 60616** | - | | | | | | | | 0.00 |
| Account No. | | | | | please verify this is the correct information http://www.labelworks.com/ | | | | |
| **Label Works 2025 Lookout Drive PO Box 8100 Mankato, MN 56002-8100** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Lake Shore Plaza Attn: John, Mgmt Office 445 East Ohio Street Chicago, IL 60611** | - | | | | | | | | 0.00 |

Sheet no. __20__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                            ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | please verify this is the correct mailing information | | | | |
| Laminating Pros, Inc. 955 W Lake St Chicago, IL 60607-1719 | - | | | | | | | 0.00 |
| Account No. | | | | please verify this is correct mailing info http://www.larryhunt.com/ | | | | |
| Larry Hunt Publications P. O. Box 6082 Palm Harbor, FL 34684 | - | | | | | | | 0.00 |
| Account No. | | | | brokered sales | | | | |
| Larsen Envelope 165 Gaylord Street Elk Grove Village, IL 60007 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Larsons Label Co | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Law Offices of David C. Nelson, Ltd 20 E. Jackson Blvd #600 Chicago, IL 60604 | - | | | | | | | 0.00 |

Sheet no. __21__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5670**<br><br>**Lewis Paper International, Inc.**<br>**Accounts Recievable**<br>**1540 S Ashland Avenue**<br>**Chicago, IL 60608** | - | | | | | | **2,928.36** |
| Account No.<br><br>**Luka Productions**<br>**330 S Wells St**<br>**Ste 502**<br>**Chicago, IL 60606** | - | | | | | | **0.00** |
| Account No.<br><br>**MacDermid Colorspan**<br>**7090 Shady Oak Road**<br>**Eden Prairie, MN 55344** | - | | **please verify this mailing info is correct**<br><br>**http://www.printingtalk.com/news/mcd/mcd000.html** | | | | **0.00** |
| Account No.<br><br>**MacMall**<br>**2555 West 190th Street**<br>**Torrance, CA 90504** | - | | **please verify this is correct mailing info**<br><br>**http://www.macmall.com/ttsvr/home** | | | | **0.00** |
| Account No.<br><br>**Master Imaging Service**<br>**3900 South Michigan Avenue**<br>**Chicago, IL 60653** | - | | **correct mailing info?**<br><br>**http://www.vanguardarchives.com/document_scanning_services/document_scanning.html?search=google** | | | | **0.00** |

Sheet no. __**22**__ of __**42**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,928.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                          Case No. _____
                                                                        ,
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | messenger/delivery | | | | |
| Master Messenger Service PO Box 72135 Roselle, IL 60172 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| MBNA America FIA Card Services PO Box 15719 Wilmington, DE 19886-5719 | - | | | | | | | 0.00 |
| Account No. | | | | http://mediatemple.net/ | | | | |
| Media Temple 8520 National Blvd Building A Culver City, CA 90232 | - | | | | | | | 0.00 |
| Account No. | | | | correct mailing info? http://www.microforms.com/ | | | | |
| Microforms 5971 Product Drive Sterling Heights, MI 48312 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Midland Paper Company 135 South LaSalle Street Sept 1140 Chicago, IL 60674-1140 | - | | | | | | | 0.00 |

Sheet no. __23__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Minolta Business Solutions**<br>**100 Williams Drive**<br>**Ramsey, NJ 07446** | - | | | | | | 0.00 |
| Account No.<br><br>**Moonlight Mailing Services**<br>**715 S Vermont Street**<br>**Palatine, IL 60067-7138** | - | | | | | | 0.00 |
| Account No.<br><br>**Myron**<br>**205 Maywood Avenue**<br>**Maywood, NJ 07607** | - | | **http://www.myron.com/myron/** | | | | 0.00 |
| Account No.<br><br>**Najarian Printing**<br>**6721 N TRUMBULL AVE**<br>**Lincolnwood, IL 60712** | - | | **Is this correct?  or is it in downtown chicago?** | | | | 0.00 |
| Account No.<br><br>**National Binding Supply Co.**<br>**350 Smoke Tree Business Park**<br>**North Aurora, IL 60542** | - | | | | | | 0.00 |

Sheet no. __24__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The James Tyll Company** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **National Rubber Stamp Co.** <br> **1704 W Belmont Ave** <br> **Chicago, IL 60657** | - | | | | | | 0.00 |
| Account No. <br><br> **Navitor** <br> **725 Clayton Ave** <br> **Waynesboro, PA 17268** | - | | brokered sales | | | | 0.00 |
| Account No. <br><br> **Nos Communications Inc** <br> **PO Box 22108** <br> **Tulsa, OK 74121** | - | | telephone | | | | 0.00 |
| Account No. <br><br> **Nu-Art** <br> **6247 W. 74th St.** <br> **PO Box 2002** <br> **Bedford Park, IL 60499** | - | | http://www.nu-art.net/ | | | | 0.00 |
| Account No. <br><br> **Nuarc Company** <br> **6200 W Howard St** <br> **Niles, IL 60714-3400** | - | | | | | | 0.00 |

Sheet no. __25__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                          ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Office Depot <br> P O Box 689020 <br> Des Moines, IA 50368-9020** | - | | | | | | <br><br> **0.00** |
| Account No. <br><br> **Office Supply Center <br> 875 N Michigan Avenue <br> Lower Level <br> Chicago, IL 60611** | - | | office supply | | | | <br><br> **0.00** |
| Account No. <br><br> **Ogden Plaza Self Park <br> 300 E Norht Water Street <br> Chicago, IL 60611** | - | | rent | | | | <br><br> **0.00** |
| Account No. <br><br> **P3 Media Works <br> 3142 N Damen Avenue <br> 2nd Floor <br> Chicago, IL 60618** | - | | | | | | <br><br> **0.00** |
| Account No. <br><br> **Pagepath Technologies <br> 13 East Main Street <br> Plano, IL 60545-1521** | - | | | | | | <br><br> **0.00** |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | is this correct mailing info? | | | | |
| **Paychex** **150 S Wacker Dr** **Chicago, IL 60606** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Payment Remittance Center** **PO Box 54349** **Los Angeles, CA 90054-0349** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Pitman Company** **221 Covington Drive** **Bloomingdale, IL 60108** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Pitney Bowes** **PO Box 856460** **Louisville, KY 40285-6460** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Plastikoil Of Illinois** **9842 W Farragut** **Des Plaines, IL 60018** | - | | | | | | | 0.00 |

Sheet no. __27__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                          ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Platinums Plus for Business** **PO Box 15469** **Wilmington, DE 19886-5469** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Popuch & Rosen** **650 North Dearborn** **Siute 750** **Chicago, IL 60610** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Precious Metal Refining Services** **205 West Grand Avenue** **Suite 116** **Bensenville, IL 60106** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Precision Die Cutting** **2367 N. Milwaukee** **Chicago, IL 60647** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Preferred Long Distance Inc** **16830 Ventura Blvd** **Suite 350** **Encino, CA 91436-1716** | - | | | | | | | 0.00 |

Sheet no. __28__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Press-Sense** **PO Box 725** **Lemont, IL 60439** | - | | | | | | | **134.88** |
| Account No. | | | | | | | | |
| **Presstek Inc** **PO Box 712517** **Cincinnati, OH 45271** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Prime One Printing** **7777 W Lincoln Highway** **Frankfort, IL 60423** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Printers Plus** **PO Box 278** **Romeo, MI 48065** | - | | | | | | | **0.00** |
| Account No. | | | | **correct mailing info?** **http://www.theprintersshopper.com/** | | | | |
| **Printers Shopper LLC** **PO Box 2941** **Kirkland, WA 98083** | - | | | | | | | **0.00** |

Sheet no. __29__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **134.88**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The James Tyll Company_____,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Printimage International** **70 East Lake Street** **Suite 333** **Chicago, IL 60601** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Purhcase Power** **PO Box 856042** **Louisville, KY 40285-6042** | - | | | | | | | **0.00** |
| Account No. | | | | paper cost | | | | |
| **Quick Tabs, Inc** **95 W 61st Street** **Westmont, IL 60559** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Quill Corporation** **P.O. Box 37600** **Philadelphia, PA 09101-0600** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Qwest Interprise America** **Dept 047** **Denver, CO 80271** | - | | | | | | | **0.00** |

Sheet no. __30__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The James Tyll Company_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Rand-Tec Insurance Agency** **977 Lakeview Parkway** **Suite 105** **Vernon Hills, IL 60061** | - | | | | | | | **0.00** |
| Account No. | | | | correct mailing address?  got it at: http://www.rapidform.com/portal/Contents/index?Category=Contents_Corporate_ContactUs | | | | |
| **Rapidforms** **1185 Bordeaux Drive** **Suite A** **Sunnyvale, CA 94089** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **RCN** **2640 West Bradley Place** **Chicago, IL 60618** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Regal Business Machines** **1140 W Washington** **Chicago, IL 60607** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Regency  Thermographics** **Iowa Divison** **727 Clayton Avenue** **Waynesboro, PA 17268** | - | | | | | | | **0.00** |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                                ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | correct address? http://www.manta.com/company/mmd4fz9 | | | | |
| **Regency Labels** **2000 S Nicklas Ave** **Oklahoma City, OK 73128-3011** | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| **Rex Electronics** **2875 Needmore Road** **Dayton, OH 45414** | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| **Ricoh Corporation** **PO Box 73189** **Chicago, IL 60673-7189** | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| **Riverside Graphics** **Two North Riverside Plaza** **Suite 365** **Chicago, IL 60606** | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| **Roque Salon** **24 W Erie St** **Chicago, IL 60654-7573** | | | | | | | | | 0.00 |

Sheet no. __32__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                    ,    Case No. _____
                                                      **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Safeco Business Insurance** PO Box 856140 Louisville, KY 40285-6140 | - | | | | | | | | 0.00 |
| Account No. **Salary Solutions** 3035 W Montrose Chicago, IL 60618 | - | | | | | | | | 0.00 |
| Account No. **San Diego Printing Parts** 912 Fesler St El Cajon, CA 92020 | - | | | | | | | | 0.00 |
| Account No. **SBC** Bill Payment Center Chicago, IL 60663-0001 | - | | | | | | | | 0.00 |
| Account No. **Schlesinger Machinery Inc** 820 Maple Lane Bensenville, IL 60106 | - | | | | | | | | 0.00 |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Shorenstein Realty Services** **Lockbox No. 73626** **San Francisco, CA 94160-3626** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Signed, Sealed and Delivered** **744 Lively Road** **Elk Grove Village, IL 60007** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Sioux Printing** **PO Box 1347** **Sioux Falls, SD 57101-1347** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Softchoice Corp** **314 W Superior St** **Suite # 301** **Chicago, IL 60654-3538** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Southwest Plastics** **PO Box 150** **Kimmswick, MO 63053** | - | | | | | | 0.00 |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Spare Space LLC**<br>**PO Box 1968**<br>**Valparaiso, IN 46384** | - | | | | | | | **0.00** |
| Account No.<br><br>**Sprial Binding Company Inc**<br>**One Maltese Drive**<br>**Totowa, NJ 07511** | - | | | | | | | **0.00** |
| Account No.<br><br>**Sprint**<br>**PO Box 88026**<br>**Chicago, IL 60680-1206** | - | | | | | | | **0.00** |
| Account No.<br><br>**Sprint PCS**<br>**PO Box 219554**<br>**Kansas City, MO 64121-9554** | - | | | | | | | **0.00** |
| Account No.<br><br>**Standard Parking**<br>**222 E Huron St, Chicago**<br>**Chicago, IL 60611-2909** | - | | | | | | | **0.00** |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The James Tyll Company_____,   Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Staples Office Supply 2195 N. University Park Blvd Layton, UT 84041 | - | | | | | | | 0.00 |
| Account No. | | | | internet services | | | | |
| Starlogic | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Steven L. Popuch & Assoc. 650 North Dearborn Siute 750 Chicago, IL 60610 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Streeterville Chamber of Commerce 645 N Michigan Avenue Suite 800 Chicago, IL 60611 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Swift Impressions 333 N Michigan Ave Ste 330 Chicago, IL 60601-3901 | - | | | | | | | 0.00 |

Sheet no. __36__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                              ,        Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| T-Mobile P.O. Box 790047 Saint Louis, MO 63179-0047 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Team Concept 540 Tower Blvd. Carol Stream, IL 60188 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| The Business Press 2112 Spencer Road Richmond, VA 23230 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| The Mailing Department 715 S. Vermont St. Palatine, IL 60067-7138 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| The New York Times PO Box 4039 Woburn, MA 01888-4089 | - | | | | | | | 0.00 |

Sheet no. __37__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The James Tyll Company**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Time Business Systems** **1413 Jeffery Drive** **Addison, IL 60101** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **TNB Financial** **1410 N Meacham Road** **Schaumburg, IL 60173** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Tompkins Printing** **5050 Rose St** **Schiller Park, IL 60176-1087** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **United Parcel Serive** **Lockbox 577** **Carol Stream, IL 60132-0577** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **United States Treasury** **1500 Pennsylvania Avenue NW** **Washington, DC 20220** | - | | | | | | | **0.00** |

Sheet no. __38__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **The James Tyll Company**                                     , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United States Treasury**<br>**1500 Pennsylvania Avenue NW**<br>**Washington, DC 20220** | - | | | | | | 0.00 |
| Account No.<br><br>**Unwins Inc** | - | | | | | | 0.00 |
| Account No.<br><br>**Update** | - | a company ? | | | | | 0.00 |
| Account No.<br><br>**US Postal Service**<br>**875 N Michigan Ave**<br>**Suite LL2**<br>**Chicago, IL 60611-1895** | - | | | | | | 0.00 |
| Account No.<br><br>**USI Inc**<br>**PO Box 18117**<br>**Bridgeport, CT 06601-2917** | - | | | | | | 0.00 |

Sheet no. __39__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                              ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002-5505** | | - | | | | | | **0.00** |
| Account No. | | | **? ? ?  a company?** | | | | | |
| **Village Profile** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **WBEZ Radio 848 East Grand Ave Navy Pier Chicago, IL 60611** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Wells Fargo Financial Leasing Inc. PO Box 98789 Las Vegas, NV 89193-8789** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Western Printing 4604 N. Western Avenue Chicago, IL 60625** | | - | | | | | | **0.00** |

Sheet no. __40__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The James Tyll Company**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Worldcom Wireless PO Box 259 Newark, NJ 07101-0529 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| WSF Industries P.O. Box 400 Tonawanda, NY 14150 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| X O Communications 14239 Collecitons Center Drive Chicago, IL 60693 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Xante Suite 100 Mobile, AL 36606 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Yahoo 701 First Avenue Sunnyvale, CA 94089 | - | | | | | | | 0.00 |

Sheet no. __41__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The James Tyll Company**                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **The James Tyll Company**<br><br>**Yellow Book of Ilinois**<br>**PO Box 586**<br>**Newark, NJ 07101-0586** | - | | | **6/12/2009**<br>**Yellow Book USA Advertising** | | | | **1,164.33** |
| Account No.<br><br>**Yellow Book USA**<br>**2560 Renaissance Blvd**<br>**King Of Prussia, PA 19406-2673** | - | | | **paid $2000 about 8 months ago** | | | | **0.00** |
| Account No.<br><br>**Youth Guidance**<br>**122 South Michigan Avenue**<br>**Suite 1510**<br>**Chicago, IL 60603** | - | | | **a creditor or a charity?** | | | | **0.00** |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,164.33** |
| Total (Report on Summary of Schedules) | **183,412.33** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **The James Tyll Company**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of America Leasing**<br>**Lease Administration Center**<br>**PO Box 371992**<br>**Pittsburgh, PA 15250-7992** | **KIP 3000; 2/2010; $424/mo** |
| **Canon Financial** | **Canon C3 Color Copier** |
| **Canon Financial** | **Black and White Copier Canon 110; $2416 end 9/2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **The James Tyll Company**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Tyll** | **Chase** |
| **Marilyn Tyll**<br>**4105 Oak Grove Drive**<br>**Valparaiso, IN 46383**<br>    **Possible Personal Guaranty** | **Discover Fin**<br>**Pob 15316**<br>**Wilmington, DE 19850** |
| **Marilyn Tyll** | **Chase**<br>    **Chase Credit Card** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The James Tyll Company**                                          Case No. _____

                                              Debtor(s)        Chapter   **7**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**53**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2009**                    Signature   **/s/ James Tyll**

                                                         **James Tyll**
                                                         **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The James Tyll Company**                                        Case No. _____

                                          Debtor(s)         Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$100,000.00** | **2009 YTD: Debtor Press, Type & Copy** |
| **$336,800.00** | **2008: Debtor Press, Type & Copy** |
| **$380,574.00** | **2007: Debtor Press, Type & Copy** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Golub**<br>**541 North Fairbanks**<br>**Lower Level**<br>**Chicago, IL 60611** | **April, 2009** | **$2,500.00** | **$5,900.00** |
| **Golub**<br>**541 North Fairbanks**<br>**Lower Level**<br>**Chicago, IL 60611** | **April 2009** | **$2,500.00** | **$5,900.00** |
| **Golub**<br>**541 North Fairbanks**<br>**Lower Level**<br>**Chicago, IL 60611** | **May, 2009** | **$3,000.00** | **$5,900.00** |
| **Dex**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | **Jan 2009** | **$2,000.00** | **$5,000.00** |
| **Accounting Solutions**<br>**3035 W Montrose**<br>**Chicago, IL 60618** | **April 2009** | **$700.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of David C. Nelson, Ltd.**<br>**Twenty East Jackson Boulevard**<br>**Suite 600**<br>**Chicago, IL 60604-2252** | **8/4/2009** | **$2,000.00** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Chase Bank**<br>**Cardmember Services**<br>**PO Box 60094-4014** | | **$92,800** |
| **Chase Bank USA, N.A.**<br>**131 S. Dearborn St**<br>**Floor 5**<br>**Chicago, IL 60603** | | **$8,500** |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The James Tyll Company** | **36-3677216** | **541 North Fairbanks Chicago, IL 60611** | **Printing** | **January 17, 1990 to August 4, 2009** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Accounting Solutions** | **2001 - present** |
| **3035 W Montrose** | |
| **Chicago, IL 60618** | |

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James Tyll** | **541 North Fairbanks** |
| | **Chicago, IL 60611** |
| **David Stein, attorney** | **541 North Fairbanks** |
| | **Chicago, IL 60611** |

None
■      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■      a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■      b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■      a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Tyll**<br>**541 N Fairbanks**<br>**Chicago, IL 60611** | **President** | **100%** |
| **Marilyn Tyll**<br>**541 N Fairbanks**<br>**Chicago, IL 60611** | **Treasurer** | **0%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James Tyll**<br>**541 North Fairbanks**<br>**Chicago, IL 60611**<br>  owner/president | **1/08 - 10/08** | **$1000/month** |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 31, 2009**                    Signature    **/s/ James Tyll**

**James Tyll**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The James Tyll Company**                                                                   Case No. _____

                                                         Debtor(s)                   Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept...........................................................   $ _____ **2,000.00**

       Prior to the filing of this statement I have received...........................................   $ _____ **2,000.00**

       Balance Due.............................................................................................................   $ _____ **0.00**

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

       ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

       ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 31, 2009** _____          **/s/ David C. Nelson** _____
                                                     **David C. Nelson 6276706**
                                                     **Law Offices of David C. Nelson, Ltd.**
                                                     **Twenty East Jackson Boulevard**
                                                     **Suite 600**
                                                     **Chicago, IL 60604-2252**
                                                     **312-212-1977  Fax: 773-890-7960**
                                                     **dcnelson@nelsonlawoffice.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The James Tyll Company**

Debtor(s)

Case No. 

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **221**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 31, 2009**

**/s/ James Tyll**

**James Tyll/President**
Signer/Title

424 West 31st Street
101 Commerce Street
Oshkosh, WI 54901

ABC Financial
P.O. Box 6800
North Little Rock, AR 72124

Ability Business Forms
PO Box 781209
Orlando, FL 32878-1209

Accounting Solutions
3035 W Montrose
Chicago, IL 60618

Accutabs, Inc.
One PPG Place
Pittsburgh, PA 15272

Ad-lib Adversiting
109 White Oak Lane
Suite 72-A
Old Bridge, NJ 08857-1981

Advantage Printing
2717 N. Perry Street
Spokane, WA 99207

Advantage Printing
1680 Quincy Avenue
Naperville, IL 60540

Allegra Print & Imaging
1283 Industrial Drive
Saline, MI 48176

Allied Interstate
3000 Corporate Exchange Drive
Fifth Floor
Columbus, OH 43231

Allied Print & Copy
5546 N. Broadway
Chicago, IL 60640

Alphagraphics
645 N. Michigan Avenue
Chicago, IL 60611


Amercian Color Express
3146 West Montrose
Chicago, IL 60618


America's Office Products
52 West 52nd Street
New York, NY 10019


American Express
PO Box 360002
Fort Lauderdale, FL 33336-0002


American Family Mutual Insurance
Yolawnda Edge Agency
223 West Erie Street; Ste. 6 S.E.
Chicago, IL 60610-3620


Ameritech
Accounts Receivable/Bill PaymentCtr
Chicago, IL 60660-0001


Ameritech Advertising Services
Credit & Collections Unit
200 E. Randolph Street; 68th Floor
Chicago, IL 60601


Apex Imaging Equip Co
4008 S Central Ave
Suite 5001
Chicago, IL 60638-1500


Apple Store
679 North Michigan Avenue
Chicago, IL 60611


Aramark Services
Accounts Receivable
2334 South Michigan Avenue
Chicago, IL 60616

Arrow Graphics
1902 Campus Place
Suite 4
Louisville, KY 40299


AT&T
PO Box 8100
Aurora, IL 60507-8100


Atlantic Southeast Airlines
A-Tech Center
990 Toffie Terrace
Atlanta, GA 30354-1363


Award Graphics
208 South Jefferson Street
Chicago, IL 60661


B C T
701 N Raddant Road
Batavia, IL 60510


Bank of America
P.O. Box 1390
Norfolk, VA 23501


Bank of America
P.O. Box 53132
Phoenix, AZ 85072-3132


Bank of America Leasing
Lease Administration Center
PO Box 371992
Pittsburgh, PA 15250-7992


Bank of America Leasing
Lease Administration Center
PO Box 371992
Pittsburgh, PA 15250-7992


Better Containers
530 Hyde Park Ave
Hillside, IL 60162-1856

Blanks/USA
8625 Xylon Court North
Minneapolis, MN 55445


Boston Medical Corp
8221 Snowden River Parkway
Columbia, MD 21045


Burhop Box & Packaging
1071 West Division Street
Chicago, IL 60622


Business Express
6141 W Touhy
Chicago, IL 60646


Canon Business Solutions
15004 Collections Center Drive
Chicago, IL 60693


Canon Financial


Canon Financial


Canon Financial Services
14904 Collections Cetner Drive
Chicago, IL 60693


Capital Management Services
726 Exchange Street
Suite 700
Greenville, SC 29615


Cardmember Service
PO Box 94014
Palatine, IL 60094-4014


Carlson Craft
PO Box 8700
Mankato, MN 56002-8700

Charrette LLC
Pitman Company
PO Box 402779
Atlanta, GA 30384-2779

Chase Bank
Cardmember Services
PO Box 60094-4014

Chase Bank
PO Box 9001022
Louisville, KY 40290-1022

Chase Bank USA, N.A.
131 S. Dearborn St
Floor 5
Chicago, IL 60603

Chicago City Clerk
121 N La Salle
St # 107A
Chicago, IL 60602-1232

Chicago Department of Revenue
121 North LaSalle Street
Room 107
Chicago, IL 60602

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428

Cingular Wireless Telephone
PO Box 6428
Carol Stream, IL 60197-6428

Citicorp Vendor Finance, Inc
One Ineternational Blvd
Mahwah, NJ 07495-0631

City of Chicago Dept of Revenue
22149 Network Place
Chicago, IL 60673-1221

Coastal Business Supplies
680M Crown Industrial Court
Chesterfield, MO 63005

Color Express of Chicago
750 South Plaza Drive
Suite 122
Saint Paul, MN 55120

Colorsigns Inc
1045 Lake Cook Road
Wheeling, IL 60090

Columbia Insurance Group
PO Box 6032
Columbia, MO 65205

Comcast
PO Box 173885
Denver, CO 80217-3885

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Company Compendia, Inc
18 S Michigan Ave
Chicago, IL 60606-3200

Complete Lighting & Supply
1900 W Hubbard St
Chicago, IL 60622

Copresco
262 Commonwealth Dr
Carol Stream, IL 60188-2449

Covad Communications
Customer Care, Dept 33408
PO Box 39000
San Francisco, CA 94139-3408

Credit Collection Services
3 E Montgomery Crossroads
Savannah, GA 31406

Custom Copy Service
PO Box 389
Addison, IL 60101


D and R Press
329 W 18th Street
Suite 406
Chicago, IL 60616-1190


Dental Concern Ltd
PO Box 0897
Hanover Park, IL 60133-0897


Dex
8519 Innovation Way
Chicago, IL 60682-0085


Digital Hub
1040 N Halsted
Chicago, IL 60622


Discount Labels
Accounts Receivable
PO Box 644276
Pittsburgh, PA 15264-4276


Discover Fin
Pob 15316
Wilmington, DE 19850


E. C. Schultz & Co.
333 Crossen Ave
Elk Grove Village, IL 60007-2050


Eagle Printing
2894 N Milwaukee Ave
Chicago, IL 60618-7492


Encore Studios
17 Industrial West
Clifton, NJ 07012

Equitable Financial Equivest
Unit Equity Collections
PO Box 13463
Newark, NJ 07188-0463


FastSigns
213 E Ohio Street
Chicago, IL 60611


Fed Ex
3610 Hacks Crossing Road Memphis
Memphis, TN 38125


FIA Card Services NA
P.O. Box 15719
Wilmington, DE 19886-5719


Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45263


Flexible Benefit Service Corp
1111 E Touhy Avenue
Suite 285
Des Plaines, IL 60018


Folder Express
11616 I Sreet
Omaha, NE 68137


Freightquote.com
16025 West 113th St
Lenexa, KS 66219


G & K Services
8201 S. Cork Aveune
Justice, IL 60458


George Lauterer Corp
619 S La Salle
St # 7
Chicago, IL 60605-1720

Golub/WDC 541 N Fairbanks LLC
625 N Michigan Ave
Suite 2000
Chicago, IL 60611


Grafsolve Co
PO Box 1185
Northbrook, IL 60065


Grange Mutual Casuality Company
PO Box 182479
Columbus, OH 43218-2479


Grant Signs
814 South Western Avenue
Chicago, IL 60612


Graphic Enterprises Inc
Dept 33141
PO Box 39000
San Francisco, CA 94139-3141


Guardsman Laminating Co
884 S County Line Road
Bensenville, IL 60106


HD Design & Printing
2950 W Carrol Street
Chicago, IL 60616


Hodgins Engravings
1 Evans Road
Batavia, NY


Hosting.com
PO Box 70309
Louisville, KY 40270-0309


Humana Insurance
Dental Concern Ltd
PO Box 0897
Carol Stream, IL 60132-0897

Ice Mountain Spring Water Co.
PO Box 52214
Phoenix, AZ 85072-2214


ICS Capital
PO Box 650016
Dallas, TX 75265-0016


Ikon Office Solutions
Central District
PO Box 802566
Chicago, IL 60680-2566


Illinois Department of Revenue
Springfield, IL 62726


Illinois Secretary of State
2701 S. Dirksen Pkwy
Springfield, IL 62723


Imagine That
4575 Weaver Parkway
Suite 500
Warrenville, IL 60555-4057


Instant Collating Service Inc
2443 W. 16th Street
Chicago, IL 60608


Intuit
Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043


Jackson Marketing Products
9105 N Rainbow Lane
Mount Vernon, IL 62864


Jam Productions
207 West Goethe Street
Chicago, IL 60610-1896


James Tyll

Jorson & Carlson
1291 Brumel
PO Box 796
Elk Grove Village, IL 60007


JWT Specialized Communications
222 Merchandise Mart Plaza
Ste 250
Chicago, IL 60654


K-Jas Services
17408 S Holmes Street
Hazel Crest, IL 60429


L. Larose Advertising
1630 South Michigan Avenue
Chicago, IL 60616


Label Works
2025 Lookout Drive
PO Box 8100
Mankato, MN 56002-8100


Lake Shore Plaza
Attn: John, Mgmt Office
445 East Ohio Street
Chicago, IL 60611


Laminating Pros, Inc.
955 W Lake St
Chicago, IL 60607-1719


Larry Hunt Publications
P. O. Box 6082
Palm Harbor, FL 34684


Larsen Envelope
165 Gaylord Street
Elk Grove Village, IL 60007


Larsons Label Co

Law Offices of David C. Nelson, Ltd
20 E. Jackson Blvd #600
Chicago, IL 60604


Lewis Paper International, Inc.
Accounts Recievable
1540 S Ashland Avenue
Chicago, IL 60608


Luka Productions
330 S Wells St
Ste 502
Chicago, IL 60606


MacDermid Colorspan
7090 Shady Oak Road
Eden Prairie, MN 55344


MacMall
2555 West 190th Street
Torrance, CA 90504


Marilyn Tyll
4105 Oak Grove Drive
Valparaiso, IN 46383


Marilyn Tyll


Master Imaging Service
3900 South Michigan Avenue
Chicago, IL 60653


Master Messenger Service
PO Box 72135
Roselle, IL 60172


MBNA America
FIA Card Services
PO Box 15719
Wilmington, DE 19886-5719

Media Temple
8520 National Blvd
Building A
Culver City, CA 90232


Microforms
5971 Product Drive
Sterling Heights, MI 48312


Midland Paper Company
135 South LaSalle Street
Sept 1140
Chicago, IL 60674-1140


Minolta Business Solutions
100 Williams Drive
Ramsey, NJ 07446


Moonlight Mailing Services
715 S Vermont Street
Palatine, IL 60067-7138


Myron
205 Maywood Avenue
Maywood, NJ 07607


Najarian Printing
6721 N TRUMBULL AVE
Lincolnwood, IL 60712


National Binding Supply Co.
350 Smoke Tree Business Park
North Aurora, IL 60542


National Rubber Stamp Co.
1704 W Belmont Ave
Chicago, IL 60657


Navitor
725 Clayton Ave
Waynesboro, PA 17268


Nos Communications Inc
PO Box 22108
Tulsa, OK 74121

Nu-Art
6247 W. 74th St.
PO Box 2002
Bedford Park, IL 60499


Nuarc Company
6200 W Howard St
Niles, IL 60714-3400


Office Depot
P O Box 689020
Des Moines, IA 50368-9020


Office Supply Center
875 N Michigan Avenue
Lower Level
Chicago, IL 60611


Ogden Plaza Self Park
300 E Norht Water Street
Chicago, IL 60611


P3 Media Works
3142 N Damen Avenue
2nd Floor
Chicago, IL 60618


Pagepath Technologies
13 East Main Street
Plano, IL 60545-1521


Paychex
150 S Wacker Dr
Chicago, IL 60606


Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054-0349


Pitman Company
221 Covington Drive
Bloomingdale, IL 60108

Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460


Plastikoil Of Illinois
9842 W Farragut
Des Plaines, IL 60018


Platinums Plus for Business
PO Box 15469
Wilmington, DE 19886-5469


Popuch & Rosen
650 North Dearborn
Siute 750
Chicago, IL 60610


Precious Metal Refining Services
205 West Grand Avenue
Suite 116
Bensenville, IL 60106


Precision Die Cutting
2367 N. Milwaukee
Chicago, IL 60647


Preferred Long Distance Inc
16830 Ventura Blvd
Suite 350
Encino, CA 91436-1716


Press-Sense
PO Box 725
Lemont, IL 60439


Presstek Inc
PO Box 712517
Cincinnati, OH 45271


Prime One Printing
7777 W Lincoln Highway
Frankfort, IL 60423

Printers Plus
PO Box 278
Romeo, MI 48065


Printers Shopper LLC
PO Box 2941
Kirkland, WA 98083


Printimage International
70 East Lake Street
Suite 333
Chicago, IL 60601


Purhcase Power
PO Box 856042
Louisville, KY 40285-6042


Quick Tabs, Inc
95 W 61st Street
Westmont, IL 60559


Quill Corporation
P.O. Box 37600
Philadelphia, PA 09101-0600


Qwest Interprise America
Dept 047
Denver, CO 80271


Rand-Tec Insurance Agency
977 Lakeview Parkway
Suite 105
Vernon Hills, IL 60061


Rapidforms
1185 Bordeaux Drive
Suite A
Sunnyvale, CA 94089


Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390

RCN
2640 West Bradley Place
Chicago, IL 60618


Regal Business Machines
1140 W Washington
Chicago, IL 60607


Regency  Thermographics
Iowa Divison
727 Clayton Avenue
Waynesboro, PA 17268


Regency Labels
2000 S Nicklas Ave
Oklahoma City, OK 73128-3011


Rex Electronics
2875 Needmore Road
Dayton, OH 45414


Ricoh Corporation
PO Box 73189
Chicago, IL 60673-7189


Riverside Graphics
Two North Riverside Plaza
Suite 365
Chicago, IL 60606


Roque Salon
24 W Erie St
Chicago, IL 60654-7573


Safeco Business Insurance
PO Box 856140
Louisville, KY 40285-6140


Salary Solutions
3035 W Montrose
Chicago, IL 60618


San Diego Printing Parts
912 Fesler St
El Cajon, CA 92020

SBC
Bill Payment Center
Chicago, IL 60663-0001


Schlesinger Machinery Inc
820 Maple Lane
Bensenville, IL 60106


Shorenstein Realty Services
Lockbox No. 73626
San Francisco, CA 94160-3626


Signed, Sealed and Delivered
744 Lively Road
Elk Grove Village, IL 60007


Sioux Printing
PO Box 1347
Sioux Falls, SD 57101-1347


Softchoice Corp
314 W Superior St
Suite # 301
Chicago, IL 60654-3538


Southwest Plastics
PO Box 150
Kimmswick, MO 63053


Spare Space LLC
PO Box 1968
Valparaiso, IN 46384


Sprial Binding Company Inc
One Maltese Drive
Totowa, NJ 07511


Sprint
PO Box 88026
Chicago, IL 60680-1206


Sprint PCS
PO Box 219554
Kansas City, MO 64121-9554

Standard Parking
222 E Huron St, Chicago
Chicago, IL 60611-2909


Staples Office Supply
2195 N. University Park Blvd
Layton, UT 84041


Starlogic


Steven L. Popuch & Assoc.
650 North Dearborn
Siute 750
Chicago, IL 60610


Streeterville Chamber of Commerce
645 N Michigan Avenue
Suite 800
Chicago, IL 60611


Swift Impressions
333 N Michigan Ave
Ste 330
Chicago, IL 60601-3901


T-Mobile
P.O. Box 790047
Saint Louis, MO 63179-0047


Team Concept
540 Tower Blvd.
Carol Stream, IL 60188


The Business Press
2112 Spencer Road
Richmond, VA 23230


The Mailing Department
715 S. Vermont St.
Palatine, IL 60067-7138


The New York Times
PO Box 4039
Woburn, MA 01888-4089

Time Business Systems
1413 Jeffery Drive
Addison, IL 60101


TNB Financial
1410 N Meacham Road
Schaumburg, IL 60173


Tompkins Printing
5050 Rose St
Schiller Park, IL 60176-1087


United Parcel Serive
Lockbox 577
Carol Stream, IL 60132-0577


United States Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220


United States Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220


Unwins Inc


Update


US Postal Service
875 N Michigan Ave
Suite LL2
Chicago, IL 60611-1895


USI Inc
PO Box 18117
Bridgeport, CT 06601-2917


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Village Profile


WBEZ Radio
848 East Grand Ave
Navy Pier
Chicago, IL 60611


Wells Fargo Financial Leasing Inc.
PO Box 98789
Las Vegas, NV 89193-8789


Western Printing
4604 N. Western Avenue
Chicago, IL 60625


Worldcom Wireless
PO Box 259
Newark, NJ 07101-0529


WSF Industries
P.O. Box 400
Tonawanda, NY 14150


X O Communications
14239 Collecitons Center Drive
Chicago, IL 60693


Xante
Suite 100
Mobile, AL 36606


Yahoo
701 First Avenue
Sunnyvale, CA 94089


Yellow Book of Ilinois
PO Box 586
Newark, NJ 07101-0586


Yellow Book USA
2560 Renaissance Blvd
King Of Prussia, PA 19406-2673

Youth Guidance
122 South Michigan Avenue
Suite 1510
Chicago, IL 60603

# United States Bankruptcy Court
## Northern District of Illinois

In re  __The James Tyll Company__

Debtor(s)

Case No. _____

Chapter  __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The James Tyll Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James Tyll
4105 Oak Grove Drive
Valparaiso, IN 46383-2059**

☐ None [*Check if applicable*]

**August 31, 2009**

Date

**/s/ David C. Nelson**

**David C. Nelson 6276706**

Signature of Attorney or Litigant
Counsel for  __The James Tyll Company__
**Law Offices of David C. Nelson, Ltd.**
**Twenty East Jackson Boulevard
Suite 600
Chicago, IL 60604-2252
312-212-1977 Fax:773-890-7960
dcnelson@nelsonlawoffice.com**