**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-32435 |
| | § | |
| THE JAMES TYLL COMPANY | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2009. The undersigned trustee was appointed on 08/31/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $15,651.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $12.75 |
   | Bank service fees | $91.67 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |

   Leaving a balance on hand of[1]        $15,547.45

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 03/30/2010 and the deadline for filing government claims was 03/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,315.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,315.19, for a total compensation of $2,315.19[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2013                                    By:   /s/ Horace Fox, Jr.
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1          Exhibit A

| Case No.: | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | | Date Filed (f) or Converted (c): | 08/31/2009 (f) |
| For the Period Ending: | 3/4/2013 | | | §341(a) Meeting Date: | 10/14/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | $100 in register | $100.00 | $100.00 | | $0.00 | FA |
| 2 | Checking account 7037368 | $7,000.00 | $7,000.00 | | $7,269.57 | FA |
| 3 | aged over 30 | $4,700.00 | $4,700.00 | | $0.00 | FA |
| 4 | aged over 90 | $7,132.00 | $7,132.00 | | $0.00 | FA |
| 5 | customer list | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6 | 3 Macs, 1 PC, standard office furniture, 2 computers, account, | $10,000.00 | $10,000.00 | | $0.00 | FA |
| **Asset Notes:** | Furniture fixtures and equipment offered on e-bay and at showroom | | | | | |
| | total sales 12,788.54, fee for selling $3,584.03 ,Chicago Liquidator fee 828.00, net to bankruptcy estate 8,376.51 | | | | | |
| | 1. Kip 3000, copier, prenter, scanner bid, 3700, sales fee 925.00, net 2775.00. 2.HP Design Jet 5500 42 inch printer/plotter, bid 1325. sales fee, 331.25, net 993.75. 3. Challenge Pow R Folder and air compressor, bid 899.99, sales fee 315.00, net 584.99. 4. A B Dick9840 offset duplicator parts bid 252.49, sales fee101. net 151.49. 5. ABDick 9870 offset Duplicator bid 599.99, sales fee210.00, net 389.99. 6. Challenge EH3 250v 3 hole paper drill bid 79.99, sales fee 40.00, net 40.00. 7. Xante PlateMaker b & w printer bid 1999.99 sales fee 500. net 1499.99. 8. Canon CLC 4000 Printer/copier, defective, full refund -1325. sales fee returned -331.25, returned net -993.75. 0. Nuarc FT18L Flip Top Platemaker sale 85.00 sales fee 42.50, net 42.50. 10 Sychmaster TFT LCD Monitor bid 80.00, sales fee 40.00, net 40.00. 11. ABDick8000 Collator Stitcher Trimmer, Folder bid 1950, sales fee 487.50, net 1462.50. SamsungSynchmaster TFTLCD 19 Monitor, bid 99.99, sales fee 50.00, net 50.00. 13 Challenge Diamond 3305 paper cutter, bid 2049.99 sales fee 512.50, net 1537.49. 14 power Mac G4 Tower, bid 92.12, sales fee 45.56, net 45.56. Net total 9204.51 less Chicago Liquidator fee of 828.00. Balance to estate 8376.51 | | | | | | |
| 7 | See List: old presses | $34,500.00 | $34,500.00 | | $0.00 | FA |
| **Asset Notes:** | presses were dismantled- no value | | | | | |
| 8 | inventory | $30,000.00 | $30,000.00 | | $8,376.51 | FA |
| **Asset Notes:** | inventory was not worth moving, staging and selling | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $5.79 | Unknown |

**TOTALS (Excluding unknown value)**                                       **Gross Value of Remaining Assets**

$94,432.00      $94,432.00          $15,651.87      $0.00

---

**Major Activities affecting case closing:**

10/22/2009   Demanded turnover of proceeds of account # 7037368 at Chase/Hancock location, inpspection of inventory and presses at 541 N. Fairbanks and 2008 corporate return.

01/20/2010   Need to value presses, inventory and receivables.

02/13/2010   Taxes should already have been paid on proceeds from bank account.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | | Date Filed (f) or Converted (c): | 08/31/2009 (f) |
| For the Period Ending: | 3/4/2013 | | | §341(a) Meeting Date: | 10/14/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/22/2010  accounting, firm did a lot chris amundson, 3-267-7500.
Got a call from Doug Morrison, atty for landlord.  If no value Mr. tyll could pick up inexpensively.

04/04/2010  Chris Matsakis has inspected the inventory and presses and believes there is value. He will take possession.  Get him appointed.  Got proceeds of bank account.

04/23/2010  Spoke to Chris Matsakis about marketing the inventory and presses a/r's 4.23.10, requested update of him 5.29.10.
10.05.10
Chicago Liquidators hired to market inventory, presses and computer equipment.

All claims unsecured non priority and filed before the claims bar date, except late filed IDES priority claim.  1.21.11

Requested status from jed@dealgenius.com/new name for Chicago Liquidators re ff&e, computers and inventory. 9.22.11


Need motion filed by Mr. Hackney to appoint L. West accountant. 12.23.11

Accountant appointed 1.10.2012 taxes underway.

Provided breakdown of sold items to accountant and requested estimate of fees from attorney and accountant. 1.19.2012.

Taxes completed and filed 2.24.12

Final report to UST 3.12.12

Seek status final report from UST 6.29.12

Several e-mails to UST have drawn no response.11.8.12
UST said it never received final report. 2.22.13

ILDR says it did not get the 09-11 Illinois returns, sent explanation and copies. 2.28.13

Resubmited final report with detail for slightly incresed attorney's fees.  03.04.13

Case 09-32435   Doc 27   Filed 03/14/13   Entered 03/14/13 16:29:27   Desc Main
Document      Page 5 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3     Exhibit A

| **Case No.:** | 09-32435 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | THE JAMES TYLL COMPANY | | | **Date Filed (f) or Converted (c):** | 08/31/2009 (f) |
| **For the Period Ending:** | 3/4/2013 | | | **§341(a) Meeting Date:** | 10/14/2009 |
| | | | | **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  09/30/2011          **Current Projected Date Of Final Report (TFR):**  05/30/2013          /s/ HORACE FOX, JR.

                                                                                                                                    HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7216 | | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 8/31/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/4/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $7,262.61 | | $7,262.61 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $7,259.97 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.71 | $7,248.26 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.07 | $7,236.19 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $10.92 | $7,225.27 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.28 | $7,213.99 |
| 12/09/2011 | (8) | Chicago Liquidators Svcs Inc. | There were two sales of furniture fixtures, and eqiptment. Some on ebay and some at the showroom. I will list the amount offered, the ebay fee, the chicago liquidators fee, and the amount recieved. | 1129-000 | $8,376.51 | | $15,590.50 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $20.36 | $15,570.14 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.69 | $15,547.45 |
| | | | **TOTALS:** | | $15,639.12 | $91.67 | $15,547.45 |
| | | | Less: Bank transfers/CDs | | $7,262.61 | $0.00 | |
| | | | Subtotal | | $8,376.51 | $91.67 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,376.51 | $91.67 | |

| For the period of 8/31/2009 to 3/4/2013 | | For the entire history of the account between 07/25/2011 to 3/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,376.51 | Total Compensable Receipts: | $8,376.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,376.51 | Total Comp/Non Comp Receipts: | $8,376.51 |
| Total Internal/Transfer Receipts: | $7,262.61 | Total Internal/Transfer Receipts: | $7,262.61 |
| | | | |
| Total Compensable Disbursements: | $91.67 | Total Compensable Disbursements: | $91.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $91.67 | Total Comp/Non Comp Disbursements: | $91.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7216 | | Checking Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/4/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******2435 | Transfer For Bond Payment | 9999-000 | $6.51 | | $6.51 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $6.51 | $0.00 |
| | | | **TOTALS:** | | $6.51 | $6.51 | $0.00 |
| | | | Less: Bank transfers/CDs | | $6.51 | $0.00 | |
| | | | Subtotal | | $0.00 | $6.51 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6.51 | |

| For the period of 8/31/2009 to 3/4/2013 | | For the entire history of the account between 02/17/2011 to 3/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6.51 | Total Internal/Transfer Receipts: | $6.51 |
| | | | |
| Total Compensable Disbursements: | $6.51 | Total Compensable Disbursements: | $6.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.51 | Total Comp/Non Comp Disbursements: | $6.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7216 | | | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/4/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2009 | (2) | Chase | bank account | 1129-000 | $7,269.57 | | $7,269.57 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $7,269.66 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.31 | | $7,269.97 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.28 | | $7,270.25 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.31 | | $7,270.56 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.24 | $7,264.32 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.30 | | $7,264.62 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,264.93 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,265.23 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.31 | | $7,265.54 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.31 | | $7,265.85 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.30 | | $7,266.15 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.31 | | $7,266.46 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.30 | | $7,266.76 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.31 | | $7,267.07 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.31 | | $7,267.38 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.28 | | $7,267.66 |
| 03/02/2011 | | Transfer To # ******2435 | Transfer For Bond Payment | 9999-000 | | $6.51 | $7,261.15 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.31 | | $7,261.46 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.30 | | $7,261.76 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,262.07 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,262.37 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.24 | | $7,262.61 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,262.61 | $0.00 |

| | | | | **SUBTOTALS** | **$7,275.36** | **$7,275.36** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7216 | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/4/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $7,275.36 | $7,275.36 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $7,269.12 | |
|  |  |  | **Subtotal** |  | $7,275.36 | $6.24 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $7,275.36 | $6.24 | |

| For the period of 8/31/2009 to 3/4/2013 | | For the entire history of the account between 12/21/2009 to 3/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,275.36 | Total Compensable Receipts: | $7,275.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,275.36 | Total Comp/Non Comp Receipts: | $7,275.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.24 | Total Compensable Disbursements: | $6.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.24 | Total Comp/Non Comp Disbursements: | $6.24 |
| Total Internal/Transfer Disbursements: | $7,269.12 | Total Internal/Transfer Disbursements: | $7,269.12 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7216 | | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/4/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $15,651.87 | $104.42 | $15,547.45 |

**For the period of 8/31/2009 to 3/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $15,651.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,651.87 |
| Total Internal/Transfer Receipts: | $7,269.12 |
| | |
| Total Compensable Disbursements: | $104.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $104.42 |
| Total Internal/Transfer Disbursements: | $7,269.12 |

**For the entire history of the case between 08/31/2009 to 3/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $15,651.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,651.87 |
| Total Internal/Transfer Receipts: | $7,269.12 |
| | |
| Total Compensable Disbursements: | $104.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $104.42 |
| Total Internal/Transfer Disbursements: | $7,269.12 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 09-32435 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | | | | | Date: | 3/4/2013 |
| Claims Bar Date: | 03/30/2010 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX<br><br>6 East Monroe, #1004<br>Chicago IL 60603 | 09/21/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,315.19 | $2,315.19 | $0.00 | $0.00 | $0.00 | $2,315.19 |
| | POPOWCER & KATTEN LTD<br><br>35 E. Wacker Drive, Suite 1550<br>Chicago IL 60601 | 12/09/2011 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $2,070.00 | $2,070.00 | $0.00 | $0.00 | $0.00 | $2,070.00 |
| | SMITH AMUNDSON LLP<br><br>150 N. Michigan #3300<br>Chicago IL 60601 | 12/09/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,527.50 | $2,527.50 | $0.00 | $0.00 | $0.00 | $2,527.50 |
| | CHICAGO LIQUIDATORSL DEAL GENIUS<br>1830 N. Beasly Ct<br>Chicago IL 60622 | 12/09/2011 | On-Line Auctioneer for Trustee Fees | Allowed | 3630-000 | $0.00 | $828.00 | $828.00 | $0.00 | $0.00 | $0.00 | $828.00 |

**Claim Notes:**   see order of 4.22.10 need retroactive approval of fee.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YELLOW BOOK SALES AND DISTRIBUTION CO INC<br>c/o RMS Bankruptcy Recovery Services<br>PO box 5126<br>Timonium Maryla nd 21094 | 09/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,164.33 | $1,164.33 | $0.00 | $0.00 | $0.00 | $1,164.33 |
| 2 | GENERAL ELECTRIC CAPITAL CORP<br>1010 Thomas Edision Blvd SW<br>Cedar Rapids IA 52404 | 10/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,705.97 | $7,705.97 | $0.00 | $0.00 | $0.00 | $7,705.97 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES INC<br>Bkcy Processing<br>800 E Sonterra Blvd Ste 240<br>San Antonio TX 78258 | 11/09/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,331.18 | $42,331.18 | $0.00 | $0.00 | $0.00 | $42,331.18 |
| 4 | LEWIS PAPER INTERNATIONAL, INC.<br>Accounts Recievable<br>1540 S Ashland Avenue<br>Chicago IL 60608 | 01/08/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,928.36 | $2,928.36 | $0.00 | $0.00 | $0.00 | $2,928.36 |

CLAIM ANALYSIS REPORT

Page No: 2  Exhibit C

| Case No.: | 09-32435 | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | | | | | | Date: | 3/4/2013 |
| Claims Bar Date: | 03/30/2010 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | PREFERRED LONG DISTANCE INC<br>16830 Ventura Blvd<br>Suite 350<br>Encino CA 914361716 | 01/11/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $860.97 | $860.97 | $0.00 | $0.00 | $0.00 | $860.97 |
| 6 | COMMONWEALTH EDISON COMPANY<br>Attn: Bankruptcy Processing Center<br>3 Lincoln Centre - 4th Floor<br>Oakbrook Terrace IL 60181 | 01/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $409.34 | $409.34 | $0.00 | $0.00 | $0.00 | $409.34 |

**Claim Notes:** (6-1) Electrical Service Provided

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern PA 193550701 | 01/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,116.12 | $8,116.12 | $0.00 | $0.00 | $0.00 | $8,116.12 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

| | | | | | | $71,256.96 | $71,256.96 | $0.00 | $0.00 | $0.00 | $71,256.96 |

**CLAIM ANALYSIS REPORT**

Page No: 3

Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-32435 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | THE JAMES TYLL COMPANY | | **Date:** | 3/4/2013 |
| **Claims Bar Date:** | 03/30/2010 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $2,070.00 | $2,070.00 | $0.00 | $0.00 | $0.00 | $2,070.00 |
| Attorney for Trustee Fees (Other Firm) | $2,527.50 | $2,527.50 | $0.00 | $0.00 | $0.00 | $2,527.50 |
| General Unsecured 726(a)(2) | $63,516.27 | $63,516.27 | $0.00 | $0.00 | $0.00 | $63,516.27 |
| On-Line Auctioneer for Trustee Fees | $828.00 | $828.00 | $0.00 | $0.00 | $0.00 | $828.00 |
| Trustee Compensation | $2,315.19 | $2,315.19 | $0.00 | $0.00 | $0.00 | $2,315.19 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 09-32435
Case Name: THE JAMES TYLL COMPANY
Trustee Name: Horace Fox, Jr.

Balance on hand: $15,547.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,547.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Horace Fox, Trustee Fees | $2,315.19 | $0.00 | $2,315.19 |
| Smith Amundson LLP, Attorney for Trustee Fees | $2,527.50 | $0.00 | $2,527.50 |
| Popowcer & Katten Ltd, Accountant for Trustee Expenses | $2,070.00 | $0.00 | $2,070.00 |
| Chicago Liquidatorsl Deal Genius, On-Line Auctioneer for Trustee Fees | $828.00 | $0.00 | $828.00 |

Total to be paid for chapter 7 administrative expenses: $7,740.69
Remaining balance: $7,806.76

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $7,806.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                        |                              |
| ---------------------: | ---------------------------: |
| Total to be paid to priority claims: | $0.00 |
| Remaining balance:     | $7,806.76                    |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,516.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| ---: | --- | ---: | ---: | ---: |
| 1 | Yellow Book Sales and Distribution Co Inc | $1,164.33 | $0.00 | $143.11 |
| 2 | General Electric Capital Corp | $7,705.97 | $0.00 | $947.14 |
| 3 | CIT Technology Financing Services Inc | $42,331.18 | $0.00 | $5,202.91 |
| 4 | Lewis Paper International, Inc. | $2,928.36 | $0.00 | $359.92 |
| 5 | Preferred Long Distance Inc | $860.97 | $0.00 | $105.82 |
| 6 | Commonwealth Edison Company | $409.34 | $0.00 | $50.31 |
| 7 | American Express Bank, FSB | $8,116.12 | $0.00 | $997.55 |

|                        |                              |
| ---------------------: | ---------------------------: |
| Total to be paid to timely general unsecured claims: | $7,806.76 |
| Remaining balance:     | $0.00                        |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                        |                              |
| ---------------------: | ---------------------------: |
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance:     | $0.00                        |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |