UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-32435 |
| | § | |
| THE JAMES TYLL COMPANY | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 4/4/2013 at 9:30, in Courtroom 680, 219 S Dearborn Chicago, IL 60404 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   03/04/2013        By:   /s/ Horace Fox, Jr.
                                       (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

In re:  §  Case No. 09-32435
 §
THE JAMES TYLL COMPANY  §
 §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $15,651.87
*and approved disbursements of* $104.42
*leaving a balance on hand of[1]:* $15,547.45

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,547.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $2,315.19 | $0.00 | $2,315.19 |
| Smith Amundson LLP, Attorney for Trustee Fees | $2,527.50 | $0.00 | $2,527.50 |
| Popowcer & Katten Ltd, Accountant for Trustee Expenses | $2,070.00 | $0.00 | $2,070.00 |
| Chicago Liquidatorsl Deal Genius, On-Line Auctioneer for Trustee Fees | $828.00 | $0.00 | $828.00 |

Total to be paid for chapter 7 administrative expenses: $7,740.69
Remaining balance: $7,806.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,806.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,806.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,516.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Yellow Book Sales and Distribution Co Inc | $1,164.33 | $0.00 | $143.11 |
| 2 | General Electric Capital Corp | $7,705.97 | $0.00 | $947.14 |
| 3 | CIT Technology Financing Services Inc | $42,331.18 | $0.00 | $5,202.91 |
| 4 | Lewis Paper International, Inc. | $2,928.36 | $0.00 | $359.92 |
| 5 | Preferred Long Distance Inc | $860.97 | $0.00 | $105.82 |
| 6 | Commonwealth Edison Company | $409.34 | $0.00 | $50.31 |
| 7 | American Express Bank, FSB | $8,116.12 | $0.00 | $997.55 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $7,806.76 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:　/s/ Horace Fox, Jr.
　　　　　　　　Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-32435-JPC
The James Tyll Company                                                  Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: lkorotko              Page 1 of 5                   Date Rcvd: Mar 15, 2013
                               Form ID: pdf006             Total Noticed: 197


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2013.
db            The James Tyll Company,   4105 Oak Grove Drive,    Valparaiso, IN  46383-2059
14396532     +ABC Financial,   P.O. Box 6800,    North Little Rock, AR  72124-6800
14396553     #AT&T,   PO Box 8100,    Aurora, IL  60507-8100
14396533      Ability Business Forms,    PO Box 781209,    Orlando, FL  32878-1209
14396534     +Accounting Solutions,    3035 W Montrose,    Chicago, IL  60618-1330
14396535     +Accutabs, Inc.,    One PPG Place,   Pittsburgh, PA  15272-0001
14396536      Ad-lib Adversiting,    109 White Oak Lane,    Suite 72-A,   Old Bridge, NJ  08857-1981
14396537     +Advantage Printing,    2717 N. Perry Street,    Spokane, WA  99207-4966
14396538     +Advantage Printing,    1680 Quincy Avenue,    Naperville, IL  60540-4217
14396539     +Allegra Print & Imaging,    1283 Industrial Drive,    Saline, MI  48176-9434
14396540     +Allied Interstate,    3000 Corporate Exchange Drive,    Fifth Floor,    Columbus, OH  43231-7689
14396542     +Alphagraphics,    645 N. Michigan Avenue,    Chicago, IL  60611-5802
14396543     +Amercian Color Express,    3146 West Montrose,    Chicago, IL  60618-1333
14396544      American Express,    PO Box 360002,    Fort Lauderdale, FL  33336-0002
14975037      American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA  19355-0701
14396546     +American Family Mutual Insurance,    Yolawnda Edge Agency,   223 West Erie Street; Ste. 6 S.E.,
               Chicago, IL  60654-3920
14396547      Ameritech,   Accounts Receivable/Bill PaymentCtr,    Chicago, IL  60660-0001
14396548     +Ameritech Advertising Services,    Credit & Collections Unit,    200 E. Randolph Street; 68th Floor,
               Chicago, IL  60601-6812
14396549      Apex Imaging Equip Co,   4008 S Central Ave,    Suite 5001,    Chicago, IL  60638-1500
14396550     +Apple Store,   679 North Michigan Avenue,    Chicago, IL  60611-2801
14396551     +Aramark Services,   Accounts Receivable,    2334 South Michigan Avenue,    Chicago, IL  60616-2105
14396552     +Arrow Graphics,    1902 Campus Place,    Suite 4,   Louisville, KY  40299-2335
14396554      Atlantic Southeast Airlines,    A-Tech Center,    990 Toffie Terrace,    Atlanta, GA  30354-1363
14396555     +Award Graphics,    208 South Jefferson Street,    Chicago, IL  60661-5600
14396556     +B C T,   701 N Raddant Road,    Batavia, IL  60510-4218
14396558      Bank of America,   P.O. Box 53132,    Phoenix, AZ  85072-3132
14396559      Bank of America Leasing,    Lease Administration Center,    PO Box 371992,
               Pittsburgh, PA  15250-7992
14396561      Better Containers,    530 Hyde Park Ave,    Hillside, IL  60162-1856
14396562     #+Blanks/USA,   8625 Xylon Court North,    Minneapolis, MN  55445-1841
14396563     +Boston Medical Corp,    8221 Snowden River Parkway,    Columbia, MD  21045-1947
14396564     +Burhop Box & Packaging,    1071 West Division Street,    Chicago, IL  60642-4206
14396565     +Business Express,    6141 W Touhy,    Chicago, IL  60646-1268
14396566     +Canon Business Solutions,    15004 Collections Center Drive,    Chicago, IL  60693-0150
14396569     +Canon Financial Services,    14904 Collections Cetner Drive,    Chicago, IL  60693-0149
14396571      Cardmember Service,    PO Box 94014,    Palatine, IL  60094-4014
14396572      Carlson Craft,    PO Box 8700,    Mankato, MN  56002-8700
14396573      Charrette LLC,    Pitman Company,    PO Box 402779,    Atlanta, GA  30384-2779
14396575      Chase Bank,    PO Box 9001022,    Louisville, KY  40290-1022
14396576     +Chase Bank USA, N.A.,    131 S. Dearborn St,    Floor 5,    Chicago, IL  60603-5571
14396577     +Chicago City Clerk,    121 N La Salle,    St # 107A,    Chicago, IL  60602-1202
14396578     +Chicago Department of Revenue,    121 North LaSalle Street,    Room 107,    Chicago, IL  60602-1232
14396579      Cingular Wireless,    PO Box 6428,    Carol Stream, IL  60197-6428
14396580      Cingular Wireless Telephone,    PO Box 6428,    Carol Stream, IL  60197-6428
14396581     +Citicorp Vendor Finance, Inc,    One Ineternational Blvd,    Mahwah, NJ  07495-0027
14396582      City of Chicago Dept of Revenue,    22149 Network Place,    Chicago, IL  60673-1221
14396583     +Coastal Business Supplies,    680M Crown Industrial Court,    Chesterfield, MO  63005-1143
14396584     +Color Express of Chicago,    750 South Plaza Drive,    Suite 122,    Saint Paul, MN  55120-1505
14396585     +Colorsigns Inc,    1045 Lake Cook Road,    Wheeling, IL  60090-2502
14396586     +Columbia Insurance Group,    PO Box 6032,    Columbia, MO  65205-6032
14396587      Comcast,   PO Box 173885,    Denver, CO  80217-3885
14396589     +Company Compendia, Inc,    18 S Michigan Ave,    Chicago, IL  60603-3200
14396590     +Complete Lighting & Supply,    1900 W Hubbard St,    Chicago, IL  60622-6237
14396591      Copresco,   262 Commonwealth Dr,    Carol Stream, IL  60188-2449
14396592      Covad Communications,    Customer Care, Dept 33408,    PO Box 39000,    San Francisco, CA  94139-3408
14396593     +Credit Collection Services,    3 E Montgomery Crossroads,    Savannah, GA  31406-4733
14396594     +Custom Copy Service,    PO Box 389,    Addison, IL  60101-0389
14396595      D and R Press,    329 W 18th Street,    Suite 406,    Chicago, IL  60616-1190
14396596      Dental Concern Ltd,    PO Box 0897,    Hanover Park, IL  60133-0897
14396598     +Digital Hub,    1040 N Halsted,    Chicago, IL  60642-4222
14396599      Discount Labels,    Accounts Receivable,    PO Box 644276,    Pittsburgh, PA  15264-4276
14396601     +E. C. Schultz & Co.,    333 Crossen Ave,    Elk Grove Village, IL  60007-2050
14396602      Eagle Printing,    2894 N Milwaukee Ave,    Chicago, IL  60618-7492
14396604     +Equitable Financial Equivest,    Unit Equity Collections,    PO Box 13463,    Newark, NJ  07188-0463
14396607      FIA Card Services NA,    P.O. Box 15719,    Wilmington, DE  19886-5719
14396605     +FastSigns,   213 E Ohio Street,    Chicago, IL  60611-3259
14396606     +Fed Ex,   3610 Hacks Crossing Road Memphis,    Memphis, TN  38125-8800
14396608     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH  45227-1115
14396609     +Flexible Benefit Service Corp,    1111 E Touhy Avenue,    Suite 285,    Des Plaines, IL  60018-5811
14396610     +Folder Express,    11616 I Sreet,    Omaha, NE  68137-1212
14396531     +Four Twenty Four West,    Thirty First Street,    101 Commerce Street,    Oshkosh, WI  54901-4864
```

```
District/off: 0752-1              User: lkorotko                Page 2 of 5                  Date Rcvd: Mar 15, 2013
                                  Form ID: pdf006               Total Noticed: 197

14396612       +G & K Services,    8201 S. Cork Aveune,    Justice, IL 60458-1718
14396613       +George Lauterer Corp,    619 S La Salle,    St # 7,    Chicago, IL 60605-1723
14396614       +Golub/WDC 541 N Fairbanks LLC,    625 N Michigan Ave,    Suite 2000,    Chicago, IL 60611-3179
14396615       +Grafsolve Co,    PO Box 1185,    Northbrook, IL 60065-1185
14396616       +Grange Mutual Casuality Company,    PO Box 182479,    Columbus, OH 43218
14396617       +Grant Signs,    814 South Western Avenue,    Chicago, IL 60612-4140
14396618        Graphic Enterprises Inc,    Dept 33141,    PO Box 39000,    San Francisco, CA 94139-3141
14396619       +Guardsman Laminating Co,    884 S County Line Road,    Bensenville, IL 60106-3278
14396620       +HD Design & Printing,    2950 W Carrol Street,    Chicago, IL 60612-1755
14396621       +Hodgins Engravings,    1 Evans Road,    Batavia, NY 14020-3151
14396623        Humana Insurance,    Dental Concern Ltd,    PO Box 0897,    Carol Stream, IL 60132-0897
14396625        ICS Capital,    PO Box 650016,    Dallas, TX 75265-0016
14396627      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,      Springfield, IL 62726)
14396624        Ice Mountain Spring Water Co.,    PO Box 52214,    Phoenix, AZ 85072-2214
14396626        Ikon Office Solutions,    Central District,    PO Box 802566,    Chicago, IL 60680-2566
15901989       +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14396628       +Illinois Secretary of State,    2701 S. Dirksen Pkwy,    Springfield, IL 62723-0002
14396629        Imagine That,    4575 Weaver Parkway,    Suite 500,    Warrenville, IL 60555-4057
14396630       +Instant Collating Service Inc,    2443 W. 16th Street,    Chicago, IL 60608-1780
14396631       +Intuit,    Corporate Headquarters,    2632 Marine Way,    Mountain View, CA 94043-1126
14396636       +JWT Specialized Communications,    222 Merchandise Mart Plaza,    Ste 250,    Chicago, IL 60654-1306
14396632       +Jackson Marketing Products,    9105 N Rainbow Lane,    Mount Vernon, IL 62864-6407
14396633       +Jam Productions,    207 West Goethe Street,    Chicago, IL 60610-1809
14396635       +Jorson & Carlson,    1291 Brumel,    PO Box 796,    Elk Grove Village, IL 60009-0796
14396637       +K-Jas Services,    17408 S Holmes Street,    Hazel Crest, IL 60429-1713
14396638        L. Larose Advertising,    1630 South Michigan Avenue,    Chicago, IL 60616
14396639        Label Works,    2025 Lookout Drive,    PO Box 8100,    Mankato, MN 56002-8100
14396640       +Lake Shore Plaza,    Attn: John, Mgmt Office,    445 East Ohio Street,    Chicago, IL 60611-3321
14396641        Laminating Pros, Inc.,    955 W Lake St,    Chicago, IL 60607-1719
14396643       +Larsen Envelope,    165 Gaylord Street,    Elk Grove Village, IL 60007-1106
14396646       +Lewis Paper International, Inc.,    Accounts Recievable,    1540 S Ashland Avenue,
                Chicago, IL 60608-2064
14396654        MBNA America,    FIA Card Services,    PO Box 15719,    Wilmington, DE 19886-5719
14396648       +MacDermid Colorspan,    7090 Shady Oak Road,    Eden Prairie, MN 55344-3505
14396649       +MacMall,    2555 West 190th Street,    Torrance, CA 90504-6002
14396650       +Marilyn Tyll,    4105 Oak Grove Drive,    Valparaiso, IN 46383-2059
14396652       +Master Imaging Service,    3900 South Michigan Avenue,    Chicago, IL 60653-2106
14396653       +Master Messenger Service,    PO Box 72135,    Roselle, IL 60172-0135
14396656       +Microforms,    5971 Product Drive,    Sterling Heights, MI 48312-4561
14396657        Midland Paper Company,    135 South LaSalle Street,    Sept 1140,    Chicago, IL 60674-1140
14396658       +Minolta Business Solutions,    100 Williams Drive,    Ramsey, NJ 07446-2923
14396659       #Moonlight Mailing Services,    715 S Vermont Street,    Palatine, IL 60067-7138
14396660       +Myron,    205 Maywood Avenue,    Maywood, NJ 07607-1000
14396661       +Najarian Printing,    6721 N TRUMBULL AVE,    Lincolnwood, IL 60712-3739
14396662       +National Binding Supply Co.,    350 Smoke Tree Business Park,    North Aurora, IL 60542-1720
14396663       +National Rubber Stamp Co.,    1704 W Belmont Ave,    Chicago, IL 60657-3020
14396664       +Navitor,    725 Clayton Ave,    Waynesboro, PA 17268-2060
14396667        Nuarc Company,    6200 W Howard St,    Niles, IL 60714-3400
14396668        Office Depot,    P O Box 689020,    Des Moines, IA 50368-9020
14396669       +Office Supply Center,    875 N Michigan Avenue,    Lower Level,    Chicago, IL 60611-1803
14396670       +Ogden Plaza Self Park,    300 E Norht Water Street,    Chicago, IL 60611-4389
14396671       +P3 Media Works,    3142 N Damen Avenue,    2nd Floor,    Chicago, IL 60618-6443
14396672        Pagepath Technologies,    13 East Main Street,    Plano, IL 60545-1521
14396673       +Paychex,    150 S Wacker Dr,    Chicago, IL 60606-4103
14396674        Payment Remittance Center,    PO Box 54349,    Los Angeles, CA 90054-0349
14396675       +Pitman Company,    221 Covington Drive,    Bloomingdale, IL 60108-3108
14396677       +Plastikoil Of Illinois,    9842 W Farragut,    Des Plaines, IL 60018-5333
14396678        Platinums Plus for Business,    PO Box 15469,    Wilmington, DE 19886-5469
14396679       +Popuch & Rosen,    650 North Dearborn,    Siute 750,    Chicago, IL 60654-3873
14396680       +Precious Metal Refining Services,    205 West Grand Avenue,    Suite 116,
                Bensenville, IL 60106-3351
14396681       +Precision Die Cutting,    2367 N. Milwaukee,    Chicago, IL 60647-2924
14396682        Preferred Long Distance Inc,    16830 Ventura Blvd,    Suite 350,    Encino, CA 91436-1716
14396683       +Press-Sense,    PO Box 725,    Lemont, IL 60439-7025
14396684       +Presstek Inc,    PO Box 712517,    Cincinnati, OH 45271-0001
14396686       +Printers Plus,    PO Box 278,    Romeo, MI 48065-0278
14396687       +Printers Shopper LLC,    PO Box 2941,    Kirkland, WA 98083-2941
14396688       +Printimage International,    70 East Lake Street,    Suite 333,    Chicago, IL 60601-5907
14396689        Purhcase Power,    PO Box 856042,    Louisville, KY 40285-6042
14396691       +Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
14396692        Qwest Interprise America,    Dept 047,    Denver, CO 80271-0001
14396696       +RCN,    2640 West Bradley Place,    Chicago, IL 60618-4717
14396693       +Rand-Tec Insurance Agency,    977 Lakeview Parkway,    Suite 105,    Vernon Hills, IL 60061-1444
14396695        Rauch-Milliken International, Inc.,    P.O. Box 8390,    Metairie, LA 70011-8390
14396697        Regal Business Machines,    1140 W Washington,    Chicago, IL 60607-2021
14396698       +Regency Thermographics,    Iowa Divison,    727 Clayton Avenue,    Waynesboro, PA 17268-2060
14396699        Regency Labels,    2000 S Nicklas Ave,    Oklahoma City, OK 73128-3011
14396700       +Rex Electronics,    2875 Needmore Road,    Dayton, OH 45414-4301
```

```
District/off: 0752-1          User: lkorotko              Page 3 of 5                   Date Rcvd: Mar 15, 2013
                              Form ID: pdf006             Total Noticed: 197

14396701        Ricoh Corporation,    PO Box 73189,   Chicago, IL 60673-7189
14396702       +Riverside Graphics,    Two North Riverside Plaza,    Suite 365,   Chicago, IL 60606-2620
14396703        Roque Salon,   24 W Erie St,    Chicago, IL 60654-7573
14396707        SBC,   Bill Payment Center,    Chicago, IL 60663-0001
14396704        Safeco Business Insurance,    PO Box 856140,   Louisville, KY 40285-6140
14396705       +Salary Solutions,    3035 W Montrose,   Chicago, IL 60618-1330
14396708       +Schlesinger Machinery Inc,    820 Maple Lane,   Bensenville, IL 60106-1546
14396709        Shorenstein Realty Services,    Lockbox No. 73626,   San Francisco, CA 94160-3626
14396710       +Signed, Sealed and Delivered,    744 Lively Road,    Elk Grove Village, IL 60007-2203
14396711        Sioux Printing,    PO Box 1347,   Sioux Falls, SD 57101-1347
14396712        Softchoice Corp,    314 W Superior St,   Suite # 301,    Chicago, IL 60654-3538
14396713       +Southwest Plastics,    PO Box 150,   Kimmswick, MO 63053-0150
14396714       +Spare Space LLC,    PO Box 1968,   Valparaiso, IN 46384-1968
14396715       +Sprial Binding Company Inc,    One Maltese Drive,    Totowa, NJ 07512-1402
14396718       +Standard Parking,    222 E Huron St, Chicago,    Chicago, IL 60611-2985
14396719       +Staples Office Supply,    2195 N. University Park Blvd,    Layton, UT 84041-1263
14396721       +Steven L. Popuch & Assoc.,    650 North Dearborn,    Siute 750,   Chicago, IL 60654-3873
14396723       +Swift Impressions,    333 N Michigan Ave,   Ste 330,    Chicago, IL 60601-3765
14396724        T-Mobile,   P.O. Box 790047,    Saint Louis, MO 63179-0047
14396730       +TNB Financial,    1410 N Meacham Road,   Schaumburg, IL 60173-4846
14396725       +Team Concept,    540 Tower Blvd.,   Carol Stream, IL 60188-9426
14396726       +The Business Press,    2112 Spencer Road,   Richmond, VA 23230-2624
14396727       #The Mailing Department,    715 S. Vermont St.,    Palatine, IL 60067-7138
14396728       +The New York Times,    PO Box 4039,   Woburn, MA 01888
14396729       +Time Business Systems,    1413 Jeffery Drive,   Addison, IL 60101-4331
14396731        Tompkins Printing,    5050 Rose St,   Schiller Park, IL 60176-1087
14396737        US Postal Service,    875 N Michigan Ave,   Suite LL2,    Chicago, IL 60611-1895
14396738        USI Inc,   PO Box 18117,    Bridgeport, CT 06601-2917
14396732        United Parcel Serive,    Lockbox 577,   Carol Stream, IL 60132-0577
14396733       +United States Treasury,    1500 Pennsylvania Avenue NW,    Washington, DC 20220-0001
14396739        Verizon Wireless,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
14396741       +WBEZ Radio,    848 East Grand Ave,   Navy Pier,    Chicago, IL 60611-3509
14396745        WSF Industries,    P.O. Box 400,   Tonawanda, NY 14150
14396742       +Wells Fargo Financial Leasing Inc.,    PO Box 98789,    Las Vegas, NV 89193
14396744        Worldcom Wireless,    PO Box 259,   Newark, NJ 07101-0529
14396746       +X O Communications,    14239 Collecitons Center Drive,    Chicago, IL 60693-0142
14396747        Xante,   Suite 100,   Mobile, AL 36606
14396748       +Yahoo,   701 First Avenue,    Sunnyvale, CA 94089-1019
14480607       +Yellow Book Sales and Distribution Co Inc,    c/o RMS Bankruptcy Recovery Services,    PO box 5126,
                 Timonium Maryland 21094-5126
14396749       +Yellow Book of Ilinois,    PO Box 586,   Newark, NJ 07101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14396553        E-mail/Text: g17768@att.com Mar 16 2013 02:43:21     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14396570       +E-mail/Text: cms-bk@cms-collect.com Mar 16 2013 03:08:22      Capital Management Services,
                 726 Exchange Street,    Suite 700,   Buffalo NY 14210-1464
14396588        E-mail/Text: legalcollections@comed.com Mar 16 2013 02:38:17      ComEd,   Bill Payment Center,
                 Chicago, IL 60668-0001
14949418       +E-mail/Text: legalcollections@comed.com Mar 16 2013 02:38:17      Commonwealth Edison Company,
                 Attn: Bankruptcy Processing Center,    3 Lincoln Centre - 4th Floor,
                 Oakbrook Terrace, IL 60181-4204
14396600        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2013 02:51:10      Discover Fin,   Pob 15316,
                 Wilmington, DE 19850
14396597        E-mail/Text: customernoticeseast@dexone.com Mar 16 2013 02:44:13      Dex,   8519 Innovation Way,
                 Chicago, IL 60682-0085
14396611       +E-mail/Text: creditdepartment@freightquote.com Mar 16 2013 04:24:54      Freightquote.com,
                 16025 West 113th St,    Lenexa, KS 66219-5105
14644239       +E-mail/Text: capitalbankruptcynotice@ge.com Mar 16 2013 04:46:15
                 General Electric Capital Corp,    1010 Thomas Edision Blvd SW,   Cedar Rapids IA 52404-8247
14396655       +E-mail/Text: bk@mediatemple.net Mar 16 2013 04:24:42      Media Temple,   8520 National Blvd,
                 Building A,    Culver City, CA 90232-2418
14396676        E-mail/Text: bankruptcy@pb.com Mar 16 2013 02:38:18      Pitney Bowes,   PO Box 856460,
                 Louisville, KY 40285-6460
14396716        E-mail/Text: bklaw2@centurylink.com Mar 16 2013 04:26:01      Sprint,   PO Box 88026,
                 Chicago, IL 60680-1206
14396717        E-mail/Text: appebnmailbox@sprint.com Mar 16 2013 02:36:57      Sprint PCS,   PO Box 219554,
                 Kansas City, MO 64121-9554
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14396567       Canon Financial
14396568       Canon Financial
14396574       Chase Bank,   Cardmember Services,   PO Box 60094-4014
14396634       James Tyll
14396644       Larsons Label Co
14396651       Marilyn Tyll
14396720       Starlogic
14396735       Unwins Inc
14396736       Update
14396740       Village Profile
```

```
District/off: 0752-1           User: lkorotko              Page 4 of 5              Date Rcvd: Mar 15, 2013
                               Form ID: pdf006             Total Noticed: 197

14396560*       Bank of America Leasing,   Lease Administration Center,   PO Box 371992,
                 Pittsburgh, PA 15250-7992
15901990*      +Illinois Department of Employment Security,   33 South State Street,
                 Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
14396734*      +United States Treasury,   1500 Pennsylvania Avenue NW,   Washington, DC 20220-0001
14396541      ##+Allied Print & Copy,   5546 N. Broadway,   Chicago, IL 60640-1406
14396544      ##+America's Office Products,   52 West 52nd Street,   New York, NY 10019-6103
14396557      ##+Bank of America,   P.O. Box 1390,   Norfolk, VA 23501-1390
14705652      ##+CIT Technology Financing Services Inc,   Bkcy Processing,   800 E Sonterra Blvd Ste 240,
                 San Antonio TX 78258-3941
14396603      ##+Encore Studios,   17 Industrial West,   Clifton, NJ 07012-1711
14396622       ##Hosting.com,   PO Box 70309,   Louisville, KY 40270-0309
14396642      ##+Larry Hunt Publications,   P. O. Box 6082,   Palm Harbor, FL 34684-0682
14396645      ##+Law Offices of David C. Nelson, Ltd,   20 E. Jackson Blvd #600,   Chicago, IL 60604-2252
14396647      ##+Luka Productions,   330 S Wells St,   Ste 502,   Chicago, IL 60606-7103
14396665      ##+Nos Communications Inc,   PO Box 22108,   Tulsa, OK 74121-2108
14396666      ##+Nu-Art,   6247 W. 74th St.,   PO Box 2002,   Bedford Park, IL 60499-2002
14396685      ##+Prime One Printing,   7777 W Lincoln Highway,   Frankfort, IL 60423-9491
14396690      ##+Quick Tabs, Inc,   95 W 61st Street,   Westmont, IL 60559-2615
14396694      ##+Rapidforms,   1185 Bordeaux Drive,   Suite A,   Sunnyvale, CA 94089-1215
14396706      ##+San Diego Printing Parts,   912 Fesler St,   El Cajon, CA 92020-1808
14396722      ##+Streeterville Chamber of Commerce,   645 N Michigan Avenue,   Suite 800,   Chicago, IL 60611-2890
14396743      ##+Western Printing,   4604 N. Western Avenue,   Chicago, IL 60625-2023
14396750       ##Yellow Book USA,   2560 Renaissance Blvd,   King Of Prussia, PA 19406-2673
14396751      ##+Youth Guidance,   122 South Michigan Avenue,   Suite 1510,   Chicago, IL 60603-6153
                                                                                TOTALS: 10, * 3, ## 19
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2013**                    **Signature:**           *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko              Page 5 of 5                  Date Rcvd: Mar 15, 2013
                              Form ID: pdf006             Total Noticed: 197
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:

        David C. Nelson    on behalf of Debtor    The James Tyll Company dcnelson@nelsonlawoffice.com, deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
        Ean L Kryska    on behalf of Trustee Horace  Fox, JR ekryska@salawus.com,   jadams@salawus.com
        Horace  Fox, JR   on behalf of Accountant    Popowcer Katten, Ltd. foxhorace@aol.com, hf@trustesolutions.net;hf@trustesolutions.com
        Horace  Fox, JR    foxhorace@aol.com,   hf@trustesolutions.net;hf@trustesolutions.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                         TOTAL: 5

Case 09-32435    Doc 35    Filed 03/15/13    Entered 03/17/13 23:41:24    Desc Imaged
Certificate of Notice    Page 9 of 9