**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-32435 |
| | § | |
| THE JAMES TYLL COMPANY | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $8,634.76 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $11,429.14 | | |

3)      Total gross receipts of $20,063.90  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,063.90 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $11,429.14 | $11,429.14 | $11,429.14 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $183,412.33 | $63,516.27 | $63,516.27 | $8,634.76 |
| **Total Disbursements** | $183,412.33 | $74,945.41 | $74,945.41 | $20,063.90 |

4).  This case was originally filed under chapter 7 on 08/31/2009.  The case was pending for 49 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

7).  I received net deposits of $15,651.87 out of which the auctioneer, Chicago Liquidators had previously taken its fee of $3,584.03 and expenses of $828.00. When the final report was filed, I had not grossly allocated the funds to account for the $3584.03 auctioneer fees and costs of $828.00 ($20,063.90). When I submitted the final account I had accounted for these fees and costs which provided a gross allocation of fees and costs of the larger figure.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/24/2013</u>                      By:   <u>/s/ Horace Fox, Jr.</u>
                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 3 Macs, 1 PC, standard office furniture, 2 computers, account, | 1129-000 | $12,788.54 |
| Checking account 7037368 | 1129-000 | $7,269.57 |
| Interest Earned | 1270-000 | $5.79 |
| **TOTAL GROSS RECEIPTS** | | $20,063.90 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $2,315.19 | $2,315.19 | $2,315.19 |
| International Sureties, LTD. | 2300-000 | NA | $12.75 | $12.75 | $12.75 |
| Green Bank | 2600-000 | NA | $91.67 | $91.67 | $91.67 |
| Smith Amundson LLP, Attorney for Trustee | 3210-000 | NA | $2,527.50 | $2,527.50 | $2,527.50 |
| Popowcer & Katten Ltd, Accountant for Trustee | 3420-000 | NA | $2,070.00 | $2,070.00 | $2,070.00 |
| Chicago Liquidators Serive, Inc. Fees, Auctioneer for Trustee | 3610-000 | NA | $3,584.03 | $3,584.03 | $3,584.03 |
| Chicago Liquidators Serive, Inc. Expenses, Auctioneer for Trustee | 3620-000 | NA | $828.00 | $828.00 | $828.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,429.14 | $11,429.14 | $11,429.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Sales and Distribution Co Inc | 7100-000 | $1,164.33 | $1,164.33 | $1,164.33 | $158.28 |
| 2 | General Electric Capital Corp | 7100-000 | NA | $7,705.97 | $7,705.97 | $1,047.59 |
| 3 | CIT Technology Financing Services Inc | 7100-000 | NA | $42,331.18 | $42,331.18 | $0.00 |
| | Office of the Bankruptcy Clerk (Claim No. 3; CIT Technology Financing Services Inc) | 7100-001 | $0.00 | $0.00 | $0.00 | $5,754.74 |
| 4 | Lewis Paper International, Inc. | 7100-000 | $2,928.36 | $2,928.36 | $2,928.36 | $398.10 |
| 5 | Preferred Long Distance Inc | 7100-000 | NA | $860.97 | $860.97 | $117.05 |
| 6 | Commonwealth Edison Company | 7100-000 | NA | $409.34 | $409.34 | $55.65 |
| 7 | American Express Bank, FSB | 7100-000 | $8,042.00 | $8,116.12 | $8,116.12 | $1,103.35 |
| | 424 West 31st Street | 7100-000 | $0.00 | NA | NA | $0.00 |
| | ABC Financial | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ability Business Forms | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Accounting Solutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Accutabs, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ad-lib Adversiting | 7100-000 | $113.38 | NA | NA | $0.00 |
| | Advantage Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Allegra Print & Imaging | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Allied Print & Copy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Alphagraphics | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Amercian Color Express | 7100-000 | $0.00 | NA | NA | $0.00 |
| | America's Office Products | 7100-000 | $0.00 | NA | NA | $0.00 |
| | American Family Mutual Insurance | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Ameritech | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ameritech Advertising Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Apex Imaging Equip Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| Apple Store | 7100-000 | $0.00 | NA | NA | $0.00 |
| Aramark Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Arrow Graphics | 7100-000 | $0.00 | NA | NA | $0.00 |
| AT&T | 7100-000 | $0.00 | NA | NA | $0.00 |
| Atlantic Southeast Airlines | 7100-000 | $0.00 | NA | NA | $0.00 |
| Award Graphics | 7100-000 | $0.00 | NA | NA | $0.00 |
| Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Bank of America Leasing | 7100-000 | $0.00 | NA | NA | $0.00 |
| BCT | 7100-000 | $597.50 | NA | NA | $0.00 |
| Better Containers | 7100-000 | $0.00 | NA | NA | $0.00 |
| Blanks/USA | 7100-000 | $0.00 | NA | NA | $0.00 |
| Boston Medical Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Burhop Box & Packaging | 7100-000 | $0.00 | NA | NA | $0.00 |
| Business Express | 7100-000 | $0.00 | NA | NA | $0.00 |
| Canon Business Solutions | 7100-000 | $3,693.30 | NA | NA | $0.00 |
| Canon Financial Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Cardmember Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| Carlson Craft | 7100-000 | $0.00 | NA | NA | $0.00 |
| Charrette LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase Bank | 7100-000 | $92,235.00 | NA | NA | $0.00 |
| Chase Bank USA, N.A. | 7100-000 | $8,540.00 | NA | NA | $0.00 |
| Chicago City Clerk | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chicago Department of Revenue | 7100-000 | $0.00 | NA | NA | $0.00 |
| Cingular Wireless | 7100-000 | $0.00 | NA | NA | $0.00 |
| Cingular Wireless Telephone | 7100-000 | $0.00 | NA | NA | $0.00 |
| Citicorp Vendor Finance, Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| City of Chicago Dept of Revenue | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Coastal Business Supplies | 7100-000 | $0.00 | NA | NA | $0.00 |
| Color Express of Chicago | 7100-000 | $0.00 | NA | NA | $0.00 |
| Colorsigns Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Columbia Insurance Group | 7100-000 | $0.00 | NA | NA | $0.00 |
| Comcast | 7100-000 | $0.00 | NA | NA | $0.00 |
| ComEd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Company Compendia, Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Complete Lighting & Supply | 7100-000 | $0.00 | NA | NA | $0.00 |
| Copresco | 7100-000 | $0.00 | NA | NA | $0.00 |
| Covad Communications | 7100-000 | $0.00 | NA | NA | $0.00 |
| Credit Collection Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Custom Copy Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| D and R Press | 7100-000 | $0.00 | NA | NA | $0.00 |
| Dental Concern Ltd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Dex | 7100-000 | $0.00 | NA | NA | $0.00 |
| Digital Hub | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discount Labels | 7100-000 | $174.04 | NA | NA | $0.00 |
| Discover Fin | 7100-000 | $10,096.00 | NA | NA | $0.00 |
| E. C. Schultz & Co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Eagle Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Encore Studios | 7100-000 | $0.00 | NA | NA | $0.00 |
| Equitable Financial Equivest | 7100-000 | $0.00 | NA | NA | $0.00 |
| FastSigns | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fed Ex | 7100-000 | $0.00 | NA | NA | $0.00 |
| FIA Card Services NA | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fifth Third Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Flexible Benefit Service Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Folder Express | 7100-000 | $0.00 | NA | NA | $0.00 |
| Freightquote.com | 7100-000 | $0.00 | NA | NA | $0.00 |
| G & K Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| George Lauterer Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Golub/WDC 541 | 7100-000 | $55,610.14 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| N Fairbanks LLC | | | | | |
| Grafsolve Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| Grange Mutual Casuality Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Grant Signs | 7100-000 | $0.00 | NA | NA | $0.00 |
| Graphic Enterprises Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Guardsman Laminating Co | 7100-000 | $83.40 | NA | NA | $0.00 |
| HD Design & Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hodgins Engravings | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hosting.com | 7100-000 | $0.00 | NA | NA | $0.00 |
| Humana Insurance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ice Mountain Spring Water Co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| ICS Capital | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ikon Office Solutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| Illinois Department of Revenue | 7100-000 | $0.00 | NA | NA | $0.00 |
| Illinois Secretary of State | 7100-000 | $0.00 | NA | NA | $0.00 |
| Imagine That | 7100-000 | $0.00 | NA | NA | $0.00 |
| Instant Collating Service Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Intuit | 7100-000 | $0.00 | NA | NA | $0.00 |
| Jackson Marketing Products | 7100-000 | $0.00 | NA | NA | $0.00 |
| Jam Productions | 7100-000 | $0.00 | NA | NA | $0.00 |
| Jorson & Carlson | 7100-000 | $0.00 | NA | NA | $0.00 |
| JWT Specialized Communications | 7100-000 | $0.00 | NA | NA | $0.00 |
| K-Jas Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| L. Larose Advertising | 7100-000 | $0.00 | NA | NA | $0.00 |
| Label Works | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lake Shore Plaza | 7100-000 | $0.00 | NA | NA | $0.00 |
| Laminating Pros, Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Larry Hunt Publications | 7100-000 | $0.00 | NA | NA | $0.00 |
| Larsen Envelope | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Larsons Label Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| Law Offices of David C. Nelson, Ltd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Luka Productions | 7100-000 | $0.00 | NA | NA | $0.00 |
| MacDermid Colorspan | 7100-000 | $0.00 | NA | NA | $0.00 |
| MacMall | 7100-000 | $0.00 | NA | NA | $0.00 |
| Master Imaging Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| Master Messenger Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| MBNA America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Media Temple | 7100-000 | $0.00 | NA | NA | $0.00 |
| Microforms | 7100-000 | $0.00 | NA | NA | $0.00 |
| Midland Paper Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Minolta Business Solutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| Moonlight Mailing Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Myron | 7100-000 | $0.00 | NA | NA | $0.00 |
| Najarian Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| National Binding Supply Co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| National Rubber Stamp Co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Navitor | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nos Communications Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nu-Art | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nuarc Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Office Depot | 7100-000 | $0.00 | NA | NA | $0.00 |
| Office Supply Center | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ogden Plaza Self Park | 7100-000 | $0.00 | NA | NA | $0.00 |
| P3 Media Works | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pagepath Technologies | 7100-000 | $0.00 | NA | NA | $0.00 |
| Paychex | 7100-000 | $0.00 | NA | NA | $0.00 |
| Payment Remittance Center | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pitman Company | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pitney Bowes | 7100-000 | $0.00 | NA | NA | $0.00 |
| Plastikoil Of | 7100-000 | $0.00 | NA | NA | $0.00 |

Illinois

| | | | | | |
|---|---|---|---|---|---|
| Platinums Plus for Business | 7100-000 | $0.00 | NA | NA | $0.00 |
| Popuch & Rosen | 7100-000 | $0.00 | NA | NA | $0.00 |
| Precious Metal Refining Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Precision Die Cutting | 7100-000 | $0.00 | NA | NA | $0.00 |
| Preferred Long Distance Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Press-Sense | 7100-000 | $134.88 | NA | NA | $0.00 |
| Presstek Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Prime One Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Printers Plus | 7100-000 | $0.00 | NA | NA | $0.00 |
| Printers Shopper LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Printimage International | 7100-000 | $0.00 | NA | NA | $0.00 |
| Purhcase Power | 7100-000 | $0.00 | NA | NA | $0.00 |
| Quick Tabs, Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Quill Corporation | 7100-000 | $0.00 | NA | NA | $0.00 |
| Qwest Interprise America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rand-Tec Insurance Agency | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rapidforms | 7100-000 | $0.00 | NA | NA | $0.00 |
| RCN | 7100-000 | $0.00 | NA | NA | $0.00 |
| Regal Business Machines | 7100-000 | $0.00 | NA | NA | $0.00 |
| Regency Labels | 7100-000 | $0.00 | NA | NA | $0.00 |
| Regency Thermographics | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rex Electronics | 7100-000 | $0.00 | NA | NA | $0.00 |
| Ricoh Corporation | 7100-000 | $0.00 | NA | NA | $0.00 |
| Riverside Graphics | 7100-000 | $0.00 | NA | NA | $0.00 |
| Roque Salon | 7100-000 | $0.00 | NA | NA | $0.00 |
| Safeco Business Insurance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Salary Solutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| San Diego Printing Parts | 7100-000 | $0.00 | NA | NA | $0.00 |
| SBC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Schlesinger Machinery Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Shorenstein | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Realty Services | | | | | |
| Signed, Sealed and Delivered | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sioux Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Softchoice Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Southwest Plastics | 7100-000 | $0.00 | NA | NA | $0.00 |
| Spare Space LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sprial Binding Company Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sprint | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sprint PCS | 7100-000 | $0.00 | NA | NA | $0.00 |
| Standard Parking | 7100-000 | $0.00 | NA | NA | $0.00 |
| Staples Office Supply | 7100-000 | $0.00 | NA | NA | $0.00 |
| Starlogic | 7100-000 | $0.00 | NA | NA | $0.00 |
| Steven L. Popuch & Assoc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Streeterville Chamber of Commerce | 7100-000 | $0.00 | NA | NA | $0.00 |
| Swift Impressions | 7100-000 | $0.00 | NA | NA | $0.00 |
| T-Mobile | 7100-000 | $0.00 | NA | NA | $0.00 |
| Team Concept | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Business Press | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Mailing Department | 7100-000 | $0.00 | NA | NA | $0.00 |
| The New York Times | 7100-000 | $0.00 | NA | NA | $0.00 |
| Time Business Systems | 7100-000 | $0.00 | NA | NA | $0.00 |
| TNB Financial | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tompkins Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| United Parcel Serive | 7100-000 | $0.00 | NA | NA | $0.00 |
| United States Treasury | 7100-000 | $0.00 | NA | NA | $0.00 |
| United States Treasury | 7100-000 | $0.00 | NA | NA | $0.00 |
| Unwins Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Update | 7100-000 | $0.00 | NA | NA | $0.00 |
| US Postal Service | 7100-000 | $0.00 | NA | NA | $0.00 |
| USI Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Verizon Wireless | 7100-000 | $0.00 | NA | NA | $0.00 |
| Village Profile | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| WBEZ Radio | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo Financial Leasing Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Western Printing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Worldcom Wireless | 7100-000 | $0.00 | NA | NA | $0.00 |
| WSF Industries | 7100-000 | $0.00 | NA | NA | $0.00 |
| X O Communications | 7100-000 | $0.00 | NA | NA | $0.00 |
| Xante | 7100-000 | $0.00 | NA | NA | $0.00 |
| Yahoo | 7100-000 | $0.00 | NA | NA | $0.00 |
| Yellow Book USA | 7100-000 | $0.00 | NA | NA | $0.00 |
| Youth Guidance | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $183,412.33 | $63,516.27 | $63,516.27 | $8,634.76 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1          Exhibit 8

| Case No.: | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | | Date Filed (f) or Converted (c): | 08/31/2009 (f) |
| For the Period Ending: | 10/24/2013 | | | §341(a) Meeting Date: | 10/14/2009 |
| | | | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    $100 in register | $100.00 | $100.00 | | $0.00 | FA |
| 2    Checking account 7037368 | $7,000.00 | $7,000.00 | | $7,269.57 | FA |
| 3    aged over 30 | $4,700.00 | $4,700.00 | | $0.00 | FA |
| 4    aged over 90 | $7,132.00 | $7,132.00 | | $0.00 | FA |
| 5    customer list | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 6    3 Macs, 1 PC, standard office furniture, 2 computers, account, | $10,000.00 | $10,000.00 | | $12,788.54 | FA |
| **Asset Notes:**    Furniture fixtures and equipment offered  on e-bay and at showroom | | | | | |
| total sales 12,788.54, fee for selling $3,584.03 ,Chicago Liquidator fee 828.00, net  to bankruptcy estate 8,376.51 | | | | | |
| 1. Kip 3000, copier, prenter, scanner bid, 3700, sales fee 925.00, net 2775.00 .  2.HP Design Jet 5500 42 inch printer/plotter, bid 1325. sales fee, 331.25, net 993.75. 3.  Challenge Pow R Folder and air compresser, bid 899.99, sales fee 315.00, net 584.99.  4.  A B Dick9840 offset duplicator parts bid 252.49, sales fee101. net 151.49. 5.  ABDick 9870 offset Duplicator bid 599.99, sales fee210.00, net 389.99.  6. Challenge EH3 250v 3 hole paper drill bid 79.99, sales fee 40.00, net 40.00.  7.  Xante PlateMaker b & w printer bid 1999.99 sales fee 500. net 1499.99. 8.  Canon CLC 4000 Printer/copier, defective, full refund -1325. sales fee returned -331.25, returned net -993.75. 0.  Nuarc FT18L Flip Top Platemaker sale 85.00 sales fee 42.50, net 42.50. 10  Sychmaster TFT LCD Monitor bid 80.00, sales fee 40.00, net 40.00.  11. ABDick8000 Collator Stitcher Trimmer, Folder bid 1950, sales fee 487.50, net 1462.50.  SamsungSynchmaster TFTLCD 19 Monitor, bid 99.99, sales fee 50.00, net 50.00. 13 Challenge Diamond 3305 paper cutter, bid 2049.99 sales fee 512.50, net 1537.49. 14 power Mac G4 Tower, bid 92.12, sales fee 45.56, net 45.56. Net total 9204.51 less Chicago Liquidator fee of 828.00. Balance to estate 8376.51 | | | | | |
| 7    See List: old presses | $34,500.00 | $34,500.00 | | $0.00 | FA |
| **Asset Notes:**    presses were dismantled- no value | | | | | |
| 8    inventory | $30,000.00 | $30,000.00 | | $0.00 | FA |
| **Asset Notes:**    inventory was not worth moving, staging and selling | | | | | |
| INT    Interest Earned                          (u) | Unknown | Unknown | | $5.79 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $94,432.00 | $94,432.00 | | $20,063.90 | $0.00 |

**Major Activities affecting case closing:**

Demanded turnover of proceeds of account # 7037368 at Chase/Hancock location, inpspection of inventory and presses at 541 N. Fairbanks and 2008 corporate return.

Need to value presses, inventory and receivables.

Taxes should already have been paid on proceeds from bank account.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** | 09-32435 |
| **Case Name:** | THE JAMES TYLL COMPANY |
| **For the Period Ending:** | 10/24/2013 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 08/31/2009 (f) |
| **§341(a) Meeting Date:** | 10/14/2009 |
| **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

accounting, firm did a lot chris amundson, 3-267-7500.

Got a call from Doug Morrison, atty for landlord.  If no value Mr. tyll could pick up inexpensively.

Chris Matsakis has inspected the inventory and presses and believes there is value. He will take possession.  Get him appointed.  Got proceeds of bank account.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 09-32435 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | Date Filed (f) or Converted (c): | 08/31/2009 (f) |
| For the Period Ending: | 10/24/2013 | §341(a) Meeting Date: | 10/14/2009 |
| | | Claims Bar Date: | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Spoke to Chris Matsakis about marketing the inventory and presses a/r's 4.23.10, requested update of him 5.29.10.
10.05.10
Chicago Liquidators hired to market inventory, presses and computer equipment.

All claims unsecured non priority and filed before the claims bar date, except late filed IDES priority claim.  1.21.11

Requested status from jed@dealgenius.com/new name for Chicago Liquidators re ff&e, computers and  inventory. 9.22.11

Need motion filed by Mr. Hackney to appoint L. West accountant. 12.23.11

Accountant appointed 1.10.2012 taxes underway.

Provided breakdown of sold items to accountant and requested estimate of fees from attorney and accountant. 1.19.2012.

Taxes completed and filed 2.24.12

Final report to UST 3.12.12

Seek status final report from UST 6.29.12

Several e-mails to UST have drawn no response.11.8.12
UST said it never received final report. 2.22.13

ILDR says it did not get the 09-11 Illinois returns, sent explanation and copies. 2.28.13

Resubmited final report with detail for slightly increased attorney's fees.  03.04.13

Final report filed in court, set for 4.4.13.

File amended final report (distribute 828 to creditors) and file motion to retroactively approve fees and costs of 3584.03, commission and out of pocket auction costs and 828.00
(moving) which have already been paid.  Continue to first week in May, set motion same day. 3.23.13

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   4          Exhibit 8

| | |
|---|---|
| **Case No.:** | 09-32435 |
| **Case Name:** | THE JAMES TYLL COMPANY |
| **For the Period Ending:** | 10/24/2013 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 08/31/2009 (f) |
| **§341(a) Meeting Date:** | 10/14/2009 |
| **Claims Bar Date:** | 03/30/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Administrative fees granted 5.9.13, final rport status continud for amendd final report (ccorrect figure paid unnsecured)  5.16.13 at 10;00 AM.

Revised final account UST 9.24.13

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2011 | **Current Projected Date Of Final Report (TFR):** | 05/30/2013 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7216 | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $7,262.61 | | $7,262.61 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $7,259.97 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.71 | $7,248.26 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.07 | $7,236.19 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $10.92 | $7,225.27 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.28 | $7,213.99 |
| 12/09/2011 | | Chicago Liquidators Svcs Inc. | There were two sales of furniture fixtures, and eqiptment. Some on ebay and some at the showroom. I will list the amount offered, the ebay fee, the chicago liquidators fee, and the amount recieved. | * | $8,376.51 | | $15,590.50 |
| | {6} | | $12,788.54 | 1129-000 | | | $15,590.50 |
| | | | Chicago Liquidators Serive, Inc. Fees     $(3,584.03) | 3610-000 | | | $15,590.50 |
| | | | Chicago Liquidators Serive, Inc. Expenses     $(828.00) | 3620-000 | | | $15,590.50 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $20.36 | $15,570.14 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.69 | $15,547.45 |
| 05/21/2013 | 5001 | Horace Fox | Trustee Compensation | 2100-000 | | $2,315.19 | $13,232.26 |
| 05/21/2013 | 5002 | Smith Amundson LLP | Final   Dividend: 16.25; Amount Allowed: 2,527.50; | 3210-000 | | $2,527.50 | $10,704.76 |
| 05/21/2013 | 5003 | Popowcer & Katten Ltd | Final   Dividend: 13.31; Amount Allowed: 2,070.00; | 3420-000 | | $2,070.00 | $8,634.76 |
| 05/21/2013 | 5004 | Yellow Book Sales and Distribution Co Inc | Final   Claim #: 1; Dividend: 1.01; Amount Allowed: 1,164.33; | 7100-000 | | $158.28 | $8,476.48 |
| 05/21/2013 | 5005 | General Electric Capital Corp | Final   Claim #: 2; Dividend: 6.73; Amount Allowed: 7,705.97; | 7100-000 | | $1,047.59 | $7,428.89 |
| 05/21/2013 | 5006 | CIT Technology Financing Services Inc | Check # 5006 was returned to our office unclaimed. Re-issued to the clerk of the court. | 7100-000 | | $5,754.74 | $1,674.15 |
| 05/21/2013 | 5007 | Lewis Paper International, Inc. | Final   Claim #: 4; Dividend: 2.56; Amount Allowed: 2,928.36; | 7100-000 | | $398.10 | $1,276.05 |
| 05/21/2013 | 5008 | Preferred Long Distance Inc | Final   Claim #: 5; Dividend: 0.75; Amount Allowed: 860.97; | 7100-000 | | $117.05 | $1,159.00 |
| 05/21/2013 | 5009 | Commonwealth Edison Company | Final   Claim #: 6; Dividend: 0.35; Amount Allowed: 409.34; | 7100-000 | | $55.65 | $1,103.35 |
| | | | SUBTOTALS | | $15,639.12 | $14,535.77 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 09-32435 | | Trustee Name: | | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | **-***7216 | | Checking Acct #: | | ******3501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | DDA |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/21/2013 | 5010 | American Express Bank, FSB | Final Claim #: 7; Dividend: 7.09; Amount Allowed: 8,116.12; | 7100-000 | | $1,103.35 | $0.00 |
| 06/11/2013 | 5006 | CIT Technology Financing Services Inc | Void of Check# 5006 | 7100-003 | | ($5,754.74) | $5,754.74 |
| 06/11/2013 | 5011 | Office of the Bankruptcy Clerk | Check was returned to our office unclaimed. Re-issued to the clerk of the court check # 5011. | 7100-001 | | $5,754.74 | $0.00 |
| | | | TOTALS: | | $15,639.12 | $15,639.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,262.61 | $0.00 | |
| | | | Subtotal | | $8,376.51 | $15,639.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,376.51 | $15,639.12 | |

| For the period of 8/31/2009 to 10/24/2013 | | For the entire history of the account between 07/25/2011 to 10/24/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,788.54 | Total Compensable Receipts: | $12,788.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,788.54 | Total Comp/Non Comp Receipts: | $12,788.54 |
| Total Internal/Transfer Receipts: | $7,262.61 | Total Internal/Transfer Receipts: | $7,262.61 |
| | | | |
| Total Compensable Disbursements: | $20,051.15 | Total Compensable Disbursements: | $20,051.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,051.15 | Total Comp/Non Comp Disbursements: | $20,051.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7216 | | Checking Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******2435 | Transfer For Bond Payment | 9999-000 | $6.51 | | $6.51 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $6.51 | $0.00 |
| | | | **TOTALS:** | | $6.51 | $6.51 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6.51 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $6.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $6.51 | |

| **For the period of 8/31/2009 to 10/24/2013** | | **For the entire history of the account between 02/17/2011 to 10/24/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6.51 | Total Internal/Transfer Receipts: | $6.51 |
| | | | |
| Total Compensable Disbursements: | $6.51 | Total Compensable Disbursements: | $6.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.51 | Total Comp/Non Comp Disbursements: | $6.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7216 | | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2009 | (2) | Chase | bank account | 1129-000 | $7,269.57 | | $7,269.57 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $7,269.66 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.31 | | $7,269.97 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.28 | | $7,270.25 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.31 | | $7,270.56 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.24 | $7,264.32 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.30 | | $7,264.62 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,264.93 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,265.23 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.31 | | $7,265.54 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.31 | | $7,265.85 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.30 | | $7,266.15 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.31 | | $7,266.46 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.30 | | $7,266.76 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.31 | | $7,267.07 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.31 | | $7,267.38 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.28 | | $7,267.66 |
| 03/02/2011 | | Transfer To  # ******2435 | Transfer For Bond Payment | 9999-000 | | $6.51 | $7,261.15 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.31 | | $7,261.46 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.30 | | $7,261.76 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,262.07 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,262.37 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.24 | | $7,262.61 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $7,262.61 | $0.00 |

| | | | | SUBTOTALS | $7,275.36 | $7,275.36 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32435 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7216 | | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $7,275.36 | $7,275.36 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $7,269.12 | |
| | | | **Subtotal** | | $7,275.36 | $6.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,275.36 | $6.24 | |

| **For the period of  8/31/2009 to 10/24/2013** | | **For the entire history of the account between 12/21/2009 to 10/24/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,275.36 | Total Compensable Receipts: | $7,275.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,275.36 | Total Comp/Non Comp Receipts: | $7,275.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.24 | Total Compensable Disbursements: | $6.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6.24 | Total Comp/Non Comp  Disbursements: | $6.24 |
| Total Internal/Transfer  Disbursements: | $7,269.12 | Total Internal/Transfer  Disbursements: | $7,269.12 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32435 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | THE JAMES TYLL COMPANY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7216 | | | Money Market Acct #: | ******2435 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/31/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/24/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $15,651.87 | $15,651.87 | $0.00 |

| For the period of 8/31/2009 to 10/24/2013 | | For the entire history of the case between 08/31/2009 to 10/24/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,063.90 | Total Compensable Receipts: | $20,063.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,063.90 | Total Comp/Non Comp Receipts: | $20,063.90 |
| Total Internal/Transfer Receipts: | $7,269.12 | Total Internal/Transfer Receipts: | $7,269.12 |
| | | | |
| Total Compensable Disbursements: | $20,063.90 | Total Compensable Disbursements: | $20,063.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,063.90 | Total Comp/Non Comp Disbursements: | $20,063.90 |
| Total Internal/Transfer Disbursements: | $7,269.12 | Total Internal/Transfer Disbursements: | $7,269.12 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.